# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
08/05/2011
CT Log Number 518950888

**TO:**   Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Road East, MN008-T700
Minnetonka, MN 55343

**RE:**   **Process Served in Kentucky**

**FOR:**   United HealthCare Services, Inc. (200204190770700600) (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Management Registry, Inc., etc., Pltf. vs. United HealthCare Services, Inc. and General Electric Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Jefferson County Circuit Court, KY<br>Case # 11CI05112 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for medical services rendered to Ms. Johnson on 09/08/06, beneficiary/dependent under the ERISA Plan - Seeking $197,459.40 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/05/2011 postmarked on 08/04/2011 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Kenneth A. Bohnert<br>Conliffe Sandman & Sullivan, PLLC<br>200 Waterfront Plaza<br>325 West Main Street<br>Louisville, KY 40202<br>502-587-7711 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/05/2011, Expected Purge Date: 09/04/2011<br>Image SOP<br>Email Notification, Administrative Assistant legalmail@uhc.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Amy McLaren<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 11 CI 05112<br>Court  ☑ Circuit ☐ District<br>County   Jefferson |

**PLAINTIFF**

Management Registry, Inc. d/b/a Spaid Nursing Services
1941 Bishop Lane

Louisville                    Kentucky

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)

VS.

**DEFENDANT**

United Health Care Services, Inc.

United Health Group Center - Legal Dept. MN008-T202

9900 Bren Road East

Minnetonka              Minnesota          55343

**Service of Process Agent for Defendant:**

CT Corporation System

306 W. Main Street

Suite 512

Frankfort                              Kentucky          40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action** has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __AUG - 3 2011__, 2____

DAVID L. NICHOLSON
CIRCUIT COURT CLERK                    Clerk

By: _____ 14 _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2____.

Served by: _____

_____ Title



**11 C I 0 5 1 1 2**

Case No. _____

JEFFERSON CIRCUIT COURT
Division _____

MANAGEMENT REGISTRY, INC.                                    PLAINTIFF
d/b/a SPAID NURSING SERVICES           JEFFERSON CIRCUIT COURT
1941 Bishop Lane                           DIVISION ELEVEN (11)
Suite 102
Louisville, Kentucky 40218

v.                                    **COMPLAINT**

UNITED HEALTH CARE SERVICES, INC.                         DEFENDANTS
Legal Dept. MN008-T202
United Health Group Center
9900 Bren Road East
Minnetonka, MN 55343

          Serve: CT Corporation System
                 306 W. Main Street
                 Suite 512
                 Frankfort, Kentucky 40601

and

GENERAL ELECTRIC COMPANY
3135 Easton Turnpike
Fairfield, CT 06828

          Serve: CT Corporation System
                 306 W. Main Street
                 Suite 512
                 Frankfort, Kentucky 40601

* * * * * * * * * * * * * * * *

Comes the Plaintiff, Management Registry, Inc. d/b/a Spaid Nursing Services, ("Spaid"),

by counsel, and for its Complaint, states as follows:

1

## PARTIES AND JURISDICTION

1.  Spaid is a Kentucky corporation in good standing doing business at its above address.

2.  Defendant, United Healthcare Services, Inc ("UHC"), is a corporation organized under
    the state laws of a state other than Kentucky.  Spaid provides home health care services to
    its customers.

3.  Defendant, General Electric Company ("GE") is a corporation organized under the state
    laws of a state other than Kentucky.

4.  At times relevant, UHC and GE did business in Kentucky and thus are subject to the
    specific and general jurisdiction of the Kentucky Courts under the Kentucky Long Arm
    Statute.

5.  At all times relevant, GE was the administrator of an Employee Benefits Plan (the "Plan")
    for which benefits GE provided to past and current employees and their beneficiaries.  GE
    contracted with UHC to administer and manage the Plans.  A copy of the applicable pages
    of the 2003 Plan (which was in effect upon Spaid undertaking services for Ms. Johnson)
    as well the Summary Plan Description (the "SPD") are attached as Exhibits 1 and 2
    respectively and are incorporated herein by reference.

6.  At all times relevant, Willie Mae Johnson ("Ms. Johnson" or the "Beneficiary"), was a
    beneficiary under the Plan.  All the medical services at issue in this Complaint were
    provided to Ms. Johnson in the state of Kentucky.

## STATEMENT OF FACTS

7.  All above allegations are realleged and reasserted as if set forth again in full.

8.  Spaid was contacted in early September 2006 by Ms. Mary Coyle, the sister of Ms.

2



Johnson, who told Spaid that they were dissatisfied with Ms. Johnson's previous home health care provider, Maxim Healthcare ("Maxim"), and thus wanted to switch to Spaid.

9.   On information and belief, at that time UHC was paying Maxim's charges and claims for the health care services that were being provided to Ms. Johnson based on evidence of the need for skilled nursing care related to the patient's respiratory status. Spaid is unaware of any medical evidence suggesting that Ms. Johnson's health status or care requirements changed after Maxim ceased to be the provider for Ms. Johnson's care.

10.  Further reinforcing Spaid's understanding of the scope of benefits payable under the Plan, Spaid was informed by Maxim that its services to Ms. Johnson were being paid by UHC on a weekly basis and that it never had a problem receiving payment from UHC. On information and belief, the services that Maxim and Spaid provided to Ms. Johnson were identical.

11.  Spaid and Ms. Johnson signed a contract on September 8, 2006 stating that Spaid would be the new home health care provider for Ms. Johnson, thereby replacing Maxim. A copy of the Service Agreement and a Power of Attorney for Ms. Johnson are collectively made Exhibit 3 hereto and are incorporated herein by reference as if set forth in full.

12.  On the same day, before services were started, Spaid, in accordance with its standard procedure, called UHC to verify the benefits provided by Ms. Johnson's Plan. Before commencing to provide service, Spaid was informed by a UHC employee that (a) neither a UHC pre-authorization nor the appointment of a UHC case manager would be required and (b) Spaid's services were payable under the GE Plan because they were considered home health care as defined by the Plan.

3

13. Spaid was informed by UHC that, since it was an "out-of-network" provider, 80% of the incurred charges would be covered by UHC and that Ms. Johnson had a $250.00 deductible.

14. Based upon those representations, Spaid assumed the care of Ms. Johnson on the night of September 8, 2006. Spaid did not have a copy of Ms. Johnson's Plan at that time and thus was required to rely upon information and instructions received from UHC concerning the requirements for coverage of its services under the Plan. Further, no indication was given to Spaid that UHC had made a determination that care for Ms. Johnson was not payable under the Plan.

15. No payment was received by Spaid from UHC during the first several months' of service. Consequently, on December 4, 2006 Spaid sent a letter to UHC resubmitting all its invoices incurred from September through November 2006. The letter confirmed that Spaid had already contacted UHC numerous times regarding the payment of its invoices, and was again requesting payment.

16. In January 2007 (with no payments having yet been received) Spaid spoke with a UHC representative who reassured Spaid that Spaid's services were covered at 80% and further informed that it takes two weeks to a month to process submitted invoices, thus explaining the delay in payment. The UHC representative further reiterated to Spaid that no case manager, letter of authorization, nor doctor's orders, were required as a prerequisite to payment. However, again no payment was immediately forthcoming.

17. Throughout January and February 2007, Spaid continued to call UHC customer representatives, and on one occasion was informed that a "notification" of

4

commencement of services (i.e., a preauthorization) was needed, but then was informed by other UHC representatives that such a "notification" was not in fact needed, and that the conflicting instructions provided by another UHC representative were incorrect. Consequently, Spaid never knew which set of instructions to follow.

18. On February 23, 2007 Spaid finally received a check from UHC in the amount of $5,474.60, for services performed on October 1st through October 7, 2006.

19. On March 30, 2007, Spaid received a second check from UHC in the amount of $6,720.00, for services performed on February 18th through February 24, 2007.

20. On April 17, 2007, Spaid received a third check from UHC in the amount of $640.00, for certain services performed on January 24, 2006 and January 28, 2006.

21. On April 20, 2007, Spaid received a fourth check from UHC in the amount of $84,728.00, for certain services performed beginning on September 8, 2006 through March 18, 2007.

22. On June 8, 2007, Spaid received its last check from UHC in the amount of $21,290.00, for certain services beginning on September 8, 2006 through October 21, 2006. (Copies of all payments and checks are attached collectively as Exhibit 4 and are incorporated herein by reference.) None of the above payments were accompanied by an "explanation of benefits" that characterized the invoiced services as "custodial care", services which would not be payable under the Plan. (See Plan, pg. 29 & 30, Ex. 1; and SPD, pg. 92, Ex.2).

23. During the time Spaid was receiving the checks for some of the invoiced services, its representative continued to call UHC customer service representatives to inquire about

5

the invoices that were not being paid. According to a UHC representative who was contacted on May 11, 2007, many of the Spaid claims had been coded incorrectly by UHC which was resulting in denials of payment. Spaid was informed that a few of the invoices had been mistakenly coded as "maternity services" and others had been coded as "custodial care" rather than "home health care" or "private duty nursing" which is the type of care that Spaid was actually providing and which is a level of care which is covered by the Plan. Consequently, Spaid was informed that the claims would be sent back to the UHC claims department for further review and re-coding.

24.    Subsequently, Spaid was informed on or about August 31, 2007 (i.e., after the last UHC payment to Spaid had been received), that the coding of Spaid's service was corrected in UHC's computer system from "custodial care" to "home health care" (a.k.a. "private duty nursing"). However, even following that correction in coding, Spaid invoices remained unpaid.

25.    Due to lack of payment from Ms. Johnson and UHC, Spaid discontinued its services to her on or about November 2, 2007.

26.    During this entire period from the start of services on September 8, 2006 until 2008 Spaid continued to send additional supporting information which UHC had requested to support Spaid's claims for payment.

27.    The unpaid invoices total $197,459.40. Copies of all invoices (both paid and unpaid) are collectively made Exhibit 5 hereto and incorporated herein by reference.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

28.    All above allegations are realleged and reasserted as if set forth again in full.

6

29. On May 1, 2007 Spaid filed an initial appeal of UHC's decision to deny payment of certain of Spaid's invoices.

30. On May 30, 2007 UHC administratively closed Spaid's May 1, 2007 appeal.

31. On August 13, 2007 Spaid submitted an additional appeal including materials in support of their claim for payment.

32. On information and belief, on January 8, 2008, UHC allegedly made an apparent determination that Spaid had provided "custodial care" services to Ms. Johnson and that such services were not covered under the Plan.

33. Contrary to UHC's January 8, 2008 determination, Spaid had provided "home health care" to Ms. Johnson as defined by the Plan (pgs. 73 - 74, Ex.1) as well as the SPD (pg. 88, Ex.2) and which were benefits covered under the Plan.

34. On May 6, 2008 Plaintiff, Spaid, through its attorney, sent a letter to in-house counsel for UHC concerning the appeal that Spaid had filed on August 13, 2007 to which Spaid believed no determination had been made. Spaid requested that UHC make a determination on the August 13, 2007 appeal and provide a summary concerning UHC's position regarding the benefit claim.

35. On May 29, 2008 Spaid, through counsel, furnished additional invoices for services occurring after August 10, 2007 that were not attached to the August 13, 2007 appeal. Spaid did not previously submit the later invoices under a separate appeal based upon representations which a UHC claims representative made to Spaid that UHC was considering all of Spaid's invoices.

36. By letter dated June 30, 2008, UHC stated that as of August 21, 2006 UHC determined

7

that any continuing care after that point was custodial in nature and not covered under the Plan. Spaid was never informed of this determination by UHC even though they repeatedly made requests of UHC as to whether their services were covered under the Plan. Additionally UHC paid several of Spaid's invoices further reinforcing the oral representations made to Spaid by UHC customer service representatives that their services would be covered.

37. The June 30, 2008 letter from UHC additionally provided that the May 1, 2007 appeal filed by Spaid was closed by UHC on May 30, 2007 and that the notes UHC received from Spaid on August 13, 2007 were determined not to be an appeal or a revival of the earlier appeal. The letter also mentions that UHC's director reviewed the case again on January 8, 2008 and concluded that the denial was appropriate since there was no reason for private duty care and that rather "this is chronic and custodial care not covered under the Plan."

38. The June 30, 2008 letter from UHC further stated that UHC would allow Spaid to file an appeal of UHC's denial of all of Spaid's unpaid invoices.

39. Thereafter on September 5, 2008 Spaid filed an appeal with UHC regarding the adverse determinations of its unpaid invoices of services provided to Ms. Johnson.

40. On September 23, 2008 UHC made an adverse determination on the appeal filed by Spaid based on its conclusion that Ms. Johnson was "not receiving acute medical care, skilled nursing care, or skilled therapy services". The adverse determination letter was mailed only to Ms. Johnson. Spaid was not made aware of the adverse determination until February 3, 2009.

8

41.  Spaid has exhausted all of the administrative remedies required under the Plan.

## COUNT I. CLAIM UNDER ERISA - ENFORCEMENT OF PLAN BENEFITS &

## BREACH OF FIDUCIARY DUTY

42.  Each and every allegation contained in Paragraphs 1 through 41 are incorporated by express reference as though fully set forth herein.

43.  This claim is brought pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. 1132 (a)(2)(B) to enforce rights to benefits under an ERISA Plan.

44.  Pursuant to 29 U.S.C. 1132 (e)(1) this Court has jurisdiction over the Plaintiff's claim asserted by this count.

45.  The Plan is an employee benefit plan subject to the provisions of ERISA.

46.  Ms. Johnson was a "beneficiary"/"dependent" under the Plan and thus has standing to bring this action to enforce rights to benefits under the Plan. (See attached Ex. 1, pgs. 150 - 151, as well as Ex. 2, pg. 264).

47.  The Plaintiff was assigned Ms. Johnson's right to benefits under the Plan pursuant to assignments executed on September 8, 2006 and June 28, 2010, attached collectively as Exhibit 6.

48.  The services which Plaintiff Spaid provided to Ms. Johnson were benefits payable under the Plan, which the Defendants' wrongfully have failed to pay thereby breaching the terms of the Plan and is an abuse of discretion.

49.  Plaintiff is entitled to judgment against the Defendant's for the wrongfully withheld benefits payable under the Plan in an amount sufficient to invoice the jurisdiction of the Court.

9

50.   As fiduciaries of the Plan the Defendants had a duty to operate said Plan prudently and in the interests of the beneficiaries and their assignees including the Plaintiff.

51.   The actions of Defendant, UHC, as set forth in this complaint constitute a breach of fiduciary duty which has proximately caused damages to Plaintiff in an amount sufficient to invoke the jurisdiction of the Court.

## COUNT II. PROMISSORY ESTOPPEL

52.   Each and every allegation contained in Paragraphs 1 through 51 are incorporated by express reference as though fully set forth herein.

53.   UHC represented to Spaid on multiple occasions that its services to the patient did not require pre-authorization or a case manager. UHC also represented to Spaid before and during its provision of services that there was coverage for its services under the Plan. Additionally UHC assured Spaid that its services would be 80% covered due to the fact that it was an out-of-network provider.

54.   UHC reinforced Spaid's understanding of coverage by making various and intermittent payments in amounts totaling $118,852.60.

55.   Spaid reasonably relied on UHC's promises that Spaid would be paid for the services it provided to the patient. Spaid relied on these promises to its detriment as it provided services for 1 year and were only paid for approximately 40% of its services.

56.   UHC was silent concerning any determination prior to Spaid's commencement of service that continuing care after that point was custodial in nature.

57.   With respect to the acts and omissions described in this Complaint the Defendant UHC was the agent of the Defendant, GE acting within the scope of its agency.

10

58.   But for the promises made by the Defendants, the Defendants' action in paying Spaid for its services to the insured and the Defendants' silence as to any change in determination that services were covered, the Plaintiff would not have provided services for Ms. Johnson.

59.   As a result of the acts and omissions of UHC, the Defendants are now estopped to deny an obligation to pay for the services Spaid provided to Ms. Johnson under the Plan.

60.   Defendants' acts and omissions have directly and proximately caused damages to Plaintiff in an amount in excess of this Court's jurisdictional minimum requirements.

### COUNT III. WAIVER

61.   Each and every allegation contained in Paragraphs 1 through 60 are incorporated by express reference as though fully set forth herein.

62.   Based upon Defendants representation to Plaintiff that no pre-approval, case manager, letter of authorization, nor doctor's orders, were required as a prerequisite to payment, UHC has waived any technical requirement for such, particularly since Spaid did not have access to the provisions of the Plan prior to commencing service.

63.   Based upon Defendants representations and omissions  to the Plaintiff that Spaid's services were payable under the Plan, UHC has waived any requirement that the services provided to Ms. Johnson were actually covered by the Plan.

64.   As a result of the Defendant's waiver as set forth above, the Defendants are liable for damages to Plaintiff in an amount the exceeds the Court's minimum jurisdiction requirements.

### COUNT IV. BREACH OF CONTRACT

11

65.   Each and every allegation contained in Paragraphs 1 through 64 are incorporated by express reference as though set forth herein.

66.   At all relevant times during which Spaid provided services to Ms. Johnson, Ms. Johnson was entitled to benefits under the Plan.

67.   The Plan provides coverage for "covered services" which include "home health care" when the services are performed by an approved home health care agency.
(Plan pg. 30, Ex. 1; SPD pg. 88, Ex 2).

68.   The services covered under "home health care" include certain nursing care under RN supervision, as well as physical and speech therapy. (Plan pg. 30, Ex. 1; SPD pg. 88, Ex. 2).

69.   Plaintiff, Spaid was "an approved home health care agency" which provided "home health care" service to Ms. Johnson as those terms are used in the Plan.

70.   The Defendants have failed to pay Spaid for the "home health care" services it provided to Ms. Johnson. Accordingly the Defendants are in breach of the Plan, which breach has damaged Plaintiff in an amount sufficient to invoke the jurisdiction of this Court.

### COUNT V. BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

71.   Each and every allegation contained in Paragraphs 1 through 70 are incorporated by express reference as though fully set forth herein.

72.   Defendants' actions set forth above constitute a breach of the duty of good faith and fair dealing which has damaged Plaintiff in an amount sufficient to invoke the jurisdiction of the Court.

WHEREFORE, the Plaintiff Spaid Nursing Services, Inc. Demands judgment against the

12

Defendants, United Healthcare Services, Inc. and General Electric Company as follows:

1.     Judgment for compensatory damages in the amount of $197,459.40;

2.     Prejudgment and post-judgment interest as allowed by law;

3.     Costs and reasonable attorney fees;

4.     Trial by jury on all issues so triable; and

5.     Any other relief to which Plaintiff may appear entitled.

Respectfully Submitted,

Kenneth A. Bohnert
Edward F. Busch
Corinne V. Lawrence
Conliffe Sandmann & Sullivan, PLLC
2000 Waterfront Plaza
325 West Main Street
Louisville, Kentucky 40202
(502)587-7711 - Telephone
(502)587-7756 - Facsimile

13

GE Life, Disability and Medical Plan
As Amended June 16, 2003

## Table of Contents

**Part I.**
**GE Life Insurance Benefits** ................................................................ 1
    A.    For Inactive Employees and Employees Eligible to Retire as of
         December 31, 1994, and Current Retirees as of January 1, 1995 ......... 1
    B.    For Employees and Retirees Eligible to Retire on or after January
         1, 1995 .............................................................................................. 2
    C.    Designation of Beneficiary ................................................................. 2
    D.    Continuation of Coverage after Retirement or for Certain
         Long-Service Employees Whose Service Is Terminated ........................ 3
    E.    Option to Elect Lower Amount of Coverage ........................................... 7
    F.    Living Benefit ..................................................................................... 8
    G.    Life Insurance Conversion Privilege ..................................................... 8
    H.    Claims for Benefits ............................................................................. 8
    I.    Eligibility and Effective Date ................................................................ 9
    J.    Changes in Amounts of GE Life Insurance ........................................... 9
    K.    Provisions Applicable if You Are Absent from Work ............................... 9
    L.    Retirement ....................................................................................... 10
    M.    Termination of Employment ................................................................ 11

**Part II.**
**GE Accidental Death or Dismemberment Insurance Benefits** ................ 12
    A.    For Employees ................................................................................. 12
    B.    Claims for Benefits ........................................................................... 13
    C.    Eligibility and Effective Date .............................................................. 13
    D.    Provisions Applicable if You Are Absent from Work ............................. 14
    E.    Retirement ....................................................................................... 15
    F.    Termination of Employment ................................................................ 15

**Part III.**
**GE Short Term Disability Benefits** ...................................................... 16
    A.    Benefits for Non-Occupational Disabilities ........................................... 16
    B.    Benefits for Occupational Disabilities .................................................. 17
    C.    Claims for Benefits ........................................................................... 17
    D.    Eligibility and Effective Date .............................................................. 18
    E.    Changes in Amounts of GE Short Term Disability Benefits .................... 18
    F.    Provisions Applicable if You Are Absent from Work ............................. 18
    G.    Retirement ....................................................................................... 19
    H.    Termination of Employment ................................................................ 19
    I.    Definitions Specific to this Part ........................................................... 20



EXHIBIT

ALLSTATE LEGAL®

reduced to $150 if the hospital is a "Preferred" hospital (see Section **IV Q**) or if there is no Preferred hospital within either the same three-digit zip code as your residence or within a 25-mile radius of your residence (or, in both cases, your covered dependent's residence if different), subject to a maximum of two such reduced co-payments per covered family unit annually.

2.   (a)  Special hospital and detoxification facility services required for medical or surgical care or treatment, such as operating room, drugs, dressings, blood transfusions (including blood or blood plasma), oxygen and administration thereof, received during a hospital confinement of at least 18 hours in a hospital or detoxification facility.

   (b)  However, if because of an accident, emergency care is received in a hospital not later than the day following the injury, or if an operation is performed in a hospital, benefits on account of these special hospital services are payable even if the period of confinement is less than 18 hours. For each emergency care episode, 100% of expenses incurred under this Section **IV B 2 b** will be payable after a $30 co-payment; provided, however, that such co-payment will be waived if the individual is admitted to the hospital after receiving such emergency care. Effective January 1, 2004, the co-payment shall be increased to $50.

3.   Expenses incurred for room and board and special services at an ambulatory surgical facility.

4.   Expenses incurred for room and board, special services and drugs and medical supplies in an extended care facility during a confinement which is for convalescent care which requires medical supervision and skilled nursing services.

   The following services are not Covered Medical Expenses:

   (i)  in the cases of private room accommodations, any charges in excess of the facility's most common semi-private room rate, and
   (ii) custodial care.

   The maximum period for which extended care facility charges are included as Covered Medical Expenses is 120 days for the same or related cause or causes. However, if you or one of your covered dependents is confined in an extended care facility and while so confined receive benefits under Medicare, the maximum period for which benefits are payable will be extended so that total maximum payment under this Part for the same or related cause or causes will be 120 times the extended care facility's daily charge for room and board, special services,

29

drags, and medical supplies.

5.  Expenses incurred in connection with a home therapy program, accredited by the National Hemophiliac Foundation and approved by the carrier, for the treatment of a hemophiliac, while under the care of a physician.

6.  Expenses incurred in an approved hospice care program for treatment of a terminally ill covered individual whose life expectancy approximates 6 months or less. The program must be accredited by the National Hospice Organization and approved by the carrier. Treatment must be rendered and billed by the hospice care program and may be provided either in the hospice facility or in the individual's home, and also may include family counseling.

7.  Expenses incurred for services rendered by a home health care agency approved by the carrier for the following services and supplies furnished to a covered individual in such person's home in accordance with a home health care program provided such home health care commences within seven days following termination of a period of covered hospital or extended care facility confinement as a registered bed patient, and is for the same cause or a cause related to that for which such individual was so confined:

    a.  nursing care by or under the supervision of a registered graduate nurse,
    b.  home health aide services which consist primarily of caring for the patient,
    c.  physical therapy, occupational therapy, and speech therapy provided through the home health care agency,
    d.  medical supplies, drugs and medications prescribed by a physician, and laboratory services, and
    e.  medical social services rendered by a qualified social worker under the supervision of a physician.

    The following services and supplies are not Covered Medical Expenses:

    (i)    services of a person who ordinarily resides in the employee's home or is a member of the employee's immediate family,
    (ii)   services and supplies not related to medical care and treatment,
    (iii)  services rendered in any period during which the employee or dependent is not under the continuing care of a physician, and
    (iv)   custodial care.

8.  Expenses incurred in connection with a home hemodialysis program approved by the carrier for the treatment of kidney disease while under the care of a physician.

9.  Expenses incurred for use of a free-standing birth center approved by the carrier

30

Company, with respect to the benefits determined by them, reserve the right to medically examine an individual for whom claim is made.

Benefits for all Covered Medical Expenses billed by a hospital will be paid directly to the hospital. However, if at the time proof of claim is filed, evidence is submitted that such expenses have been paid, in whole or in part, the applicable benefit will be paid to you.

### EE. Definitions Specific to this Part

1.  "Bifocals"
    "Bifocals" means lenses containing 2 focal points usually arranged with the focus for distance above and a smaller segment for near vision below.

2.  "Birth Center"
    The term "birth center" means a free-standing facility which offers comprehensive maternity care to carefully screened patients who are expected to have an uneventful pregnancy with a normal, uncomplicated childbirth. The facility must have a prearranged agreement with a nearby hospital for emergency transfer of mother or infant if an unexpected complication occurs. The birth center must be approved by the carrier.

3.  "Brand Name Drugs and Medicines"
    The term "brand name drugs and medicines" means the trade name under which a covered drug or medicine is advertised and sold.

4.  "Contacts"
    "Contacts" means lenses that fit directly on the eyeball to correct refractive errors.

5.  "Generic Substitutes for Drugs and Medicines"
    The term "generic substitute for drugs and medicines" means the chemical name of a covered drug or medicine.

6.  "Home Health Care Agency"
    The term "home health care agency" means (a) a legally constituted hospital possessing a valid operating certificate issued in accordance with a public health law authorizing the hospital to provide home health care services, or (b) a home health care service agency possessing a valid certificate issued in accordance with a public health law, or similar legally valid credential, authorizing such organization or agency to provide home health care services.

    The term "home health care program" means a program established and approved, including any modifications as later may be necessary, by a physician

73

within seven days following termination of a period of covered hospital or extended care facility confinement as a registered bed patient, together with such physician's certification that the medical condition of the covered individual and the proper treatment of the specific condition would require continued confinement as a bed patient in a hospital or extended care facility in the absence of the services and supplies provided as part of the home health care program.

7. "Lenticular"
"Lenticular" means special lenses for persons who have had cataracts removed surgically.

8. "Nurse Midwife"
The term "Nurse Midwife" means an individual who is a licensed registered nurse and who meets state licensing requirements for nurse midwives (where applicable) and who holds a certificate issued by the American College of Nurse Midwives.

9. "Ophthalmologist"
An "Ophthalmologist" is a licensed doctor of medicine or osteopathy legally qualified to practice medicine who specializes in the diagnosis and treatment of conditions of the eye and who performs vision examinations and prescribes lenses to improve vision.

10. "Optician"
An "Optician" is a technician legally qualified to supply eyeglasses according to a prescription written by an ophthalmologist or optometrist, to grind or mold lenses or have them ground or molded according to prescription, to fit them into a frame and to adjust the frame to fit the patient.

11. "Optometrist"
An "Optometrist" is a doctor of optometry legally qualified to practice optometry who is specifically trained to examine the eye for vision problems and eye disease and who performs vision examinations and prescribes lenses to improve vision.

12. "Single Vision"
"Single Vision" means lenses containing one focal point (point of convergence of rays of light).

13. "Trifocals"
"Trifocals" means lenses containing 3 focal points, usually arranged with the focus for distance above, for intermediate distance in the middle, and for near vision, below.

74

8. "Company Rules" or "Company Practices"
   Where reference is made in this Plan to Company rules or practices, such rules or practices shall be those in general effect in the Company and in the case of an employee covered by a collective bargaining agreement shall conform to any applicable provision of such agreement.

9. "Continuous Service"
   The term "continuous service" means the period of an employee's length of service with the Company or an affiliate, as determined under the rules of the Company or an affiliate, which rules shall be uniformly applied.

10. "Custodial care"
    The term "custodial care" means care that does not require the continuing services of a skilled medical or health care professional and which is furnished primarily to provide room and board, education, assistance with activities of daily living or other care for a mentally or physically disabled person.

11. "Dependent"
    The term "dependent" means (1) an employee's spouse, (2) effective January 1, 2004, an employee's domestic partner and (3) any unmarried child under 21 years of age of an employee provided, however, that if the child is 19 years of age or over, the child is not employed full time and is principally dependent upon the employee for maintenance and support. Notwithstanding the foregoing age 21 maximum, a child who is a full-time student at school or college will be considered a dependent until the dependent child attains age 25, provided that the child is not employed full time and is principally dependent upon the employee for maintenance and support.
    The age requirement for qualification as a dependent will be waived for a covered dependent child who, before attainment of age 25, is incapable of self-sustaining employment for reason of mental illness or retardation or physical handicap. (Due proof of such incapacity shall be submitted by the employee to the carrier whenever requested by the carrier.) When any such child recovers from the disability, coverage under this Plan for such child will automatically cease.
    A child, wife, husband or domestic partner will not be considered a dependent if he or she either (a) is insured for medical expense benefits under any group plan of the Company, except as provided in the following sentence, in **Part IV, Section CC 9** and in **Part V, Section J 8**; (b) resides outside the United States and Canada, (c) is in the armed forces of any country, or (d) is required to submit evidence of good health and such evidence is not accepted as satisfactory by the carrier. However, if an employee has retired, is no longer covered for GE Comprehensive Medical Benefits and has a spouse or domestic partner who is employed by the Company, the spouse or domestic partner at work may cover the other spouse or domestic

150

partner as a dependent, subject, with respect to domestic partners, to **Part IV, Section U 2 g**.

The term "child" will mean (1) the employee's own children and legally adopted children, (2) stepchildren or children of a domestic partner who reside in the employee's household, and (3) any other children supported solely by the employee, permanently residing in the household of which the employee is the head and for whom the employee or the employee's spouse or domestic partner has been appointed as a non-temporary legal guardian by a court of appropriate jurisdiction.

Coverage for dependent children will include coverage of children who are adopted by you or placed in your home for adoption, as of the date of adoption, or placement, if that is earlier. Placement for adoption means the assumption and retention of legal obligation for total or partial support in anticipation of adoption of the child.

12. "Designated Record Set"

The term "Designated Record Set" shall have the meaning assigned to that term in 45 C.F.R. § 164.501. The term "Designated Record Set" includes the enrollment, payment, claims adjudication, and case or medical management record systems maintained by a Group Health Plan or by the Company on behalf of a Group Health Plan or any group of records used, in whole or in part, by a Group Health Plan or by the Company on behalf of a Group Health Plan, to make decisions about an individual.

13. "Domestic Partners"

The term "Domestic Partners" shall be defined as a committed relationship between two unmarried adults of the same sex meeting the following criteria:

- the employee and partner may not be related by blood to a degree of kinship that would prevent marriage under the applicable law of the state of residence;
- the relationship must be exclusive and the parties must have lived together in the same household for a minimum of 12 consecutive months prior to enrollment and continue to live together for the duration of coverage;
- both parties must be 18 years of age or older; and
- both parties must be jointly responsible for each other's welfare and financial obligations, or the domestic partner is chiefly dependent on the employee for care and financial support.

Proof of a same-sex domestic partnership will require a signed affidavit affirming the above requirements are met except for domestic partners residing in states that permit a form of legal union between such individuals. In such cases, proof of such legal union must be provided. If any of the above criteria no longer apply, coverage for the domestic partner and any children of the domestic partner will cease and

# About This Handbook

Your Company benefits represent an important part of the value of your job. *Your GE Benefits Handbook* is designed to help you understand how to make the most of the benefits the Company provides.

This handbook is available online, at *benefits.ge.com*. The online handbook has the same content as the printed version, but its convenient hyperlink navigation, combined with the personalized information and benefits management utilities of *benefits.ge.com*, make it a powerful tool for using your benefits wisely and effectively. Whenever you need up-to-date information about your GE benefit plans and programs, *benefits.ge.com* should be your first stop. You can access *benefits.ge.com* 24 hours a day, 7 days a week.



**MORE INFORMATION**

**Search the Index!**
The handbook features a detailed index to help you search for information by name.

## Finding Answers Fast

The handbook is organized to help you find the information you need quickly.

* **Section 1.0, "Life Events: What to Do..."** — How do your benefits change when you get married or have a baby? What if you're nearing retirement? When these "life events" occur, it is usually a good idea to review your benefits to see what changes are allowed and whether any are appropriate given your situation. Section 1.0, "Life Events: What to Do..." offers information and suggestions on using your benefits wisely.

* **"Key Things to Know" and "Key Things to Do"** — Most sections of this handbook describe a certain group of benefit plans and programs. At the start of each section, you will usually find two summaries — "Key Things to Know" and "Key Things to Do" — designed to answer most questions you'll have about your benefits. These summaries also include specific references to the subsections where you will find more detailed information.

* **Section 2.0, "Who is Eligible for GE Benefits?", Section 18.0, "Administrative Information" and the "Key Terms" section** — These three sections of the handbook provide background information on your benefits.
    * Section 2.0, "Who is Eligible for GE Benefits?" explains eligibility requirements.
    * Section 18.0, "Administrative Information" describes your legal rights and other administrative details about the benefits.
    * "Key Terms" defines some of the terms used in this handbook.

You can use the Table of Contents at the beginning of each section, the index, and the "thumb tabs" — which include the section names and numbers — to quickly and easily find the information you are looking for.

## Your Other GE Benefit Information Resources

If you can't find the information you need within *benefits.ge.com*, see "Contacts" for additional resources, including a list of telephone numbers.

The Company also provides:

* **Benefits newsletters and other announcements** — These provide timely information about the Company's benefit plans, including reminders about upcoming opportunities and deadlines.
* **Your Personal Share Statement** — Your Statement provides detailed information on the GE benefits in which you participate, helping you see how your various elections work together.

## Updated Information

This version of *Your GE Benefits Handbook* supersedes all earlier descriptions of these Company benefits and programs, as of January 1, 2004.

Because the benefits and other programs described here may change, the Company will provide you with updated information as necessary and required by law.

Information on changes will be provided in two ways:

* In printed form, as newsletters, announcements or supplements to the printed handbook.
* Electronically, through the online version of *Your GE Benefits Handbook* at *benefits.ge.com*, and through e-mail notification as appropriate.

**EXHIBIT**
**2**
ALL-STATE LEGAL®

*Go to benefits.ge.com for benefits information, forms, transactions and more.*   1

|  | **GE Medical Benefits**<br>*Benefits are paid up to reasonable,* |
|---|---|
| Covered services include: | *necessary and customary amounts.* |

| | |
|---|---|
| **Home health care — when services are performed by an approved home health care agency** and the treatment program is approved in advance by PreCare Review. The services must begin within seven days after discharge from the hospital or the extended care facility and be for the same or a related condition for which you were confined. | 100% coverage.<br><br>Advance approval is required; otherwise, benefits will not be paid. |

Services include:

* Nursing care by a registered graduate nurse or under RN supervision;
* Care by a home health aide (custodial care is not covered);
* Physical, occupational, speech and cardiac rehabilitation therapy;
* Medical supplies, prescription drugs and lab services; and
* Medical social services by a qualified social worker under a doctor's supervision.

| | |
|---|---|
| **Home infusion therapy** — intravenous treatment administered in your home. | 100% coverage.<br><br>Advance approval is required; otherwise, benefits will not be paid. |
| **Dialysis** — services provided for end-stage renal dialysis in your home or at a facility. | 100% coverage.<br><br>Advance approval is required; otherwise, benefits will not be paid. |
| **Home therapy for hemophilia** — when your treatment program is accredited by the National Hemophiliac Foundation. | 100% coverage.<br><br>Advance approval is required; otherwise, benefits will not be paid. |
| **Centers of Excellence** — For procedures such as organ transplants, you may be offered an opportunity to use a Center of Excellence — a nationally recognized medical institution known for quality care and experience in performing certain types of high-technology medical procedures.<br><br>If you accept treatment at a recommended Center of Excellence, the plan covers eligible hospital expenses. It also covers reasonable expenses for lodging, transportation and meals for the patient and one member of the patient's immediate family, provided the travel is approved in advance by PreCare Review. | 100% coverage.<br><br>Advance approval is required; otherwise, your benefits will be reduced by half, up to a maximum of $1,000. |

**Case management**

In case of serious illness or injury, PreCare Review will review your treatment on an ongoing basis as part of a voluntary program called case management. In some cases, PreCare Review may agree to cover certain cost-effective alternative services and equipment not normally covered by the plan. If applicable, PreCare Review will work with you and your doctor to begin the case management process and to determine whether alternative treatment is appropriate. Case management is conducted automatically. You don't need to make any additional calls.

### 3.4 What's Not Covered

As with all medical plans, some services and supplies are not covered by GE Health Care Preferred or GE Medical Benefits. Expenses not covered include:

* Services that are not considered reasonable, necessary and customary;
* Expenses that exceed plan limits, such as the extra cost for a private hospital room when the semiprivate room rate is paid;
* Hospice care, home health care, home infusion therapy, home dialysis and home therapy for hemophilia when the treatment has not been approved in advance;
* Expenses incurred before you or a dependent became covered by the plan;
* Hearing aid batteries;
* Over-the-counter medications, as well as prescription medications for which there are over-the-counter equivalents in the prescribed strength;
* Services received in a U.S. government hospital for injuries or illnesses related to military service;
* Custodial care — expenses for care that does not require the continuing services of a skilled medical or health care professional and which is furnished primarily to provide room and board, education, assistance with activities of daily living or other care for a mentally or physically disabled person;
* Cosmetic surgery or treatment, except for functional birth defects, accidental injury while insured under a GE Medical Care Option or reconstructive surgery after illness;
* Expenses you are not required to pay, including expenses that you would not have been asked to pay if you did not have coverage under a Company plan;
* Certain nonmedical expenses, such as travel to and from a facility and living accommodations for patients and family members, unless otherwise specified;
* Dental care, except hospital services (see Section 5.0, "Dental Care Options" for dental coverage);
* Routine checkups (applies to GE Medical Benefits only; covered under GE Health Care Preferred);
* Services or supplies to treat TMJ (temporomandibular joint dysfunction);
* Routine vision care, such as eye exams, lenses and eyeglass frames (see Section 6.0, "Vision Care Benefits" for vision coverage);
* Laser surgery to correct vision impairment;
* Exercise equipment (e.g., treadmills);
* Reverse sterilizations;
* Transsexual surgery;
* Expenses eligible to be paid or reimbursed in some other way, such as by another Company-provided plan or by:
    * Medicare (subject to maintenance of benefits);
    * Legal action or settlement from a third party (other than by a personal insurance policy held by you or a member of your family);
    * Workers' Compensation;
    * Another employer's group medical plan (subject to maintenance of benefits);
    * Any federal, state or local government plan or program of any country (except Medicaid); or
    * No-fault automobile insurance;
* Services of a person who normally resides in your home or who is a member of your immediate family;
* Treatment for illness or injury resulting from any act of war, declared or undeclared;
* Services or supplies when you are not under the continuing care of a doctor or in the presence of the provider;
* Services or supplies related to naturopathic or homeopathic medicine;
* Acupuncture, except (a) when performed by a licensed medical doctor, (b) with respect to anesthesia services, when performed by, or under the supervision of, a licensed medical doctor;
* Experimental or investigational services, supplies or treatments except as provided in Section 3.2.4.6 and Section 3.3.4.6;
* Expenses associated with clinical research trials that are not approved by the National Institutes of Health (NIH), the Food and Drug Administration (FDA) or the Veterans Administration (VA);

### 11.3.5 What is a beneficiary?



**Update your beneficiaries**

Whenever there are important changes in your life — such as your marriage, divorce or the birth or adoption of a child — consider updating your beneficiary designations for the GE Pension Plan, S&SP and any life insurance coverage you have. You can get a form at *benefits.ge.com* or by calling the GE Enrollment Center at 1-800-252-5259.

Your beneficiary is the person(s), trust or estate you designate to receive certain benefits from the GE Pension Plan at your death.

**If you are married**, your spouse is automatically your beneficiary under the GE Pension Plan. You must have your spouse's written consent to name someone else as your beneficiary.

Generally, you will name your beneficiary for the GE Pension Plan and certain other benefits when you join the Company. You can change your beneficiary by completing a new beneficiary designation form and sending it to the GE Enrollment Center (with your spouse's consent, if necessary).

### 11.3.6 How much do I contribute?

As a participant in the GE Pension Plan, you:

* Contribute 3% of your annual pay over $50,000 ($60,000 starting in 2006); your contributions grow with interest in your Personal Pension Account (PPA).
* May choose to contribute 3% of your annual pay up to the first $50,000 ($60,000 starting in 2006); your voluntary contributions grow with interest in your Voluntary Pension Account (VPA).

If you elect to make voluntary contributions to VPA, you may discontinue them by notifying the GE Enrollment Center at 1-800-252-5259. You can resume voluntary contributions to VPA on any subsequent January 1 if you authorize deductions on or before December 1 of the previous year.

For more information on your contributions, see Section 11.4.7, "How do Personal and Voluntary Pension Accounts work?"

### 11.3.7 What is vesting?

Vesting is important because it means you have the right to a GE-provided pension at retirement, even if you leave the Company or an affiliate before retirement age.

You are always vested in your Personal Pension Account (PPA) and Voluntary Pension Account (VPA) balances.

To become vested in the Company-provided Regular and Guaranteed Pensions, you must:

* Complete five years of Pension Qualification Service (PQS); or
* Reach age 60 while actively employed by the Company or a nonparticipating affiliate, regardless of your service.

If you don't meet the vesting requirements, you forfeit your Regular and Guaranteed Pension benefits upon your termination of employment.



**Spaid**
**NURSING**
S E R V I C E

## Service Agreement

I (Responsible Party) _Willie Mae Johnson_ hereby authorize Spaid Nursing Service to provide

services to (Name of Client, Address) _4522 Winn Rose Way Lou., Ky. 40211_

_Mary J Coyle_ _____ Responsible Party: _____ Relationship: _Sister_

**Rates:** Rates are effective with date of service. Rates are based on quality of care required to satisfy the needs of our clients.
Billing rates are subject to change with a 30 day written notice.
**Services to begin(date):** _9-9-06_ _____ Client agrees to pay for services upon receipt of invoice on a weekly basis.
Client is responsible to accurately sign-off on the respective time card worked by the employee. Client agrees to mail or fax to Spaid,
within 15 days of the date of invoice, an explanation or description of any billing discrepancy or error.

| Shifts 6 hours or more | | Weekday | Weekend | Shifts Less than 6 Hours |
|---|---|---|---|---|
| **Private Duty:** | | | | |
| ✓ Registered Nurse | 40.00 | $38.00/hr | $40.00/hr | $40.00/hr wd, $42.00/hr we |
| ✓ Licensed Practical Nurse | | $32.00/hr | $34.00/hr | $34.00/hr wd, $36.00/hr we |
| **Personal Care:** | | 24.00 | 24.00 | |
| ✓ Certified Nursing Assistant/ | | $16.00/hr | $17.00/hr | $19.00/hr wd, $20.00/hr we |
| Nurse Aide | | | | |
| ___ 24 Hour Service | | $15.50/hr | $16.50/hr | $16.50/hr wd, $17.50/hr we |
| **Baby Care Service:** | | | | |
| ___ Baby Care Attendant - I | | $19.00 | $20.00/hr | |
| (one child) | | | | |

*The above rates include all payroll expenses, taxes, liability insurance, worker's compensation and bonding*

### Holidays
The following holidays will be charged at 1 ½ times regular rate:
1. New Year's Day   2.New Year's Eve (3-11)   3. Memorial Day   4.Labor Day   5. Thanksgiving Day
6. July 4th   7 Christmas Eve(3-11)   8. Christmas Day (all shifts)

### Overtime
Overtime rates will apply as indicated by local labor statute. Any employee working beyond a 40 hour work week, will be billed at
time and one-half if approved by client.

### Evaluate Rates
Spaid Nursing Service evaluates their billing rates on a regular basis. At the time of the evaluation, a determination is made based on
the type of service needed, if determined that there is a necessity to adjust our normal billing rate, Spaid Nursing Service will notify
the *Client* prior to service.

### Conversion of Service Agreement
In the event that the *Client* employs or retains a Spaid Nursing Service employee ("Employee") who has been there, any time within
three (3) months prior to such employment offer, *Client* agrees to pay Spaid Nursing Service a placement fee ("Fee") in the **amount of
$1,500**. At that time, all payroll responsibilities would be terminated with Spaid Nursing Service. This provision shall survive
termination of this Agreement.

*Thank you for choosing Spaid Nursing Service and putting your trust in us; we are constantly working to
continue to earn your trust and confidence in our ability to select quality Private Duty and Personal Care personnel.*

**I certify that I am a duly authorized agent/ representative for the above named client.**

_Mary Joyce Coyle 9-8-06_ _____   _Pat Shain, RN,CCm 9/8/06_
Signature (Client/Responsible Party)   Date          Authorized Representative - Title   Date

1941 Bishop Lane, Suite 102, Louisville, KY 40218

White copy – Office                                    Yellow C

**EXHIBIT**
**3**
ALL-STATE LEGAL

BB 08930PG0883

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, WILLIE MAE JOHNSON, of 4522 WINNROSE WAY, APT. 118, LOUISVILLE, KY 40211, do hereby make, constitute and appoint my sister, MARY JOYCE COYLE, of 8214 LATANIA DRIVE, LOUISVILLE, KY 40258 my true and lawful attorney for me and in my name, place and stead:

1.   To receive, take, receipt for and hold in possession, manage and control all property, both real and personal, which I now or may hereafter own, hold, possess or be or become entitled to with full power to sell, mortgage or pledge, assign, transfer, invest and reinvest the same or any part thereof in forms of investment, including bonds, notes and other obligations of the United States deemed prudent by my attorney in his or her discretion, with full power to retain the same without liability for loss or depreciation thereof.

2.   To demand, sue for, collect, recover and receive all debts, monies, interest and demands whatsoever now due or that may hereafter be or become due to me (including the right to institute legal proceedings therefor).

3.   To make, execute, deliver and endorse notes, drafts, checks, and order for the payment of money or other property from or to me or order in my name.

4.   To make, execute, and deliver deeds, releases, mortgages, conveyances and contracts of every nature in relation to both real and personal property, including stocks, bonds, contracts of indemnity and insurance.

5.   To have access to my safe deposit boxes, act as my proxy with power of substitution to vote all stocks or securities in my name in relation to any individual or corporate action, to deposit any stocks or securities in connection with any plans of prospective or reorganization committees, to accept and exercise all rights, to subscribe for securities and to sell same.

6.   To receive and receipt for all rents and income to which I am or may become entitled, pay therefrom all necessary expenses for the maintenance, upkeep, care and protection of my property, deduct therefrom his or her own reasonable compensation, and pay the net income from time to time to me or in such manner as I shall direct, or in the absence of such payment to me or at my discretion, to invest the same in his or her judgment in the manner above directed.

00 08930PG 0884

7.     To prepare, execute and file federal or state income tax returns and other real and personal property tax lists and to pay all such taxes.

8.     In the event of my illness, incapacity or other emergency, to incur and pay and satisfy such expenses and obligations for my comfort, benefit and care and obligations of a nature customarily incurred by me, as in his or her judgment he or she may consider necessary or desirable.

9.     To do and perform all acts necessary or incidental to the carrying out of the powers conferred, and at my decease to pay, transfer and deliver over to my legal representatives, all principal and income then in his or her possession and control.

10.    I hereby further grant unto my said attorney in fact full power in and concerning the above premises and to do any and all acts, including but not limited to the above, as fully as I could do if I were personally present, and I do ratify and confirm whatever my said attorney in fact shall lawfully do under these presents.

11.    I designate, MARY JOYCE COYLE, as my health care surrogate to make any health care decisions for me when I no longer have decisional capacity.

12.    This power of attorney shall become effective immediately and shall not be affected by the disability of the principal, this provision being pursuant to KRS 386.093.

13.    HIPAA AUTHORIZATION: Pursuant to the Health Insurance Portability and Accountability Act (HIPAA), *any and all* health care providers are herby authorized to release to MARY JOYCE COYLE, *all medical records, including but not limited to:* office notes, history, physical, consultation notes, discharge summaries, order and progress notes, laboratory results, nurses notes, emergency room records, operative records, in-patient records and films of x-rays, MRIs or PET scans, pharmacy and drug records, medical bills and health insurance Medicaid or Medicare records, concerning any medical treatment that I have received from you, at your institution, as well as all such records which you keep in the regular course of business are found in my medical records file.

    a.    I hereby authorize release of all records regarding mental health, psychiatric (other than psychotherapy notes which must be requested by separate authorization), chemical dependency or HIV.

    b.    A photostatic copy hereof shall be as valid as the original.

08930 PG 0885

c. I hereby authorize a free copy of my medical records pursuant to KRS 422.317 be sent, to the extent I have not already requested my one free copy.

d. The purpose of this authorization and request is to permit my power of attorney to obtain ALL medical information pertaining to my physical or mental condition.

e. This authorization expires only upon the revocation of this Power of Attorney.

IN WITNESS WHEREOF, I have hereunto set my hand and signature on this the 19TH day of OCTOBER 2006.

_Willie Mae Johnson_
WILLIE MAE JOHNSON

STATE OF KENTUCKY )
:
COUNTY OF JEFFERSON )

I, a Notary Public, within and for the State and County aforesaid, do hereby certify that the foregoing power of attorney was produced and executed before me on this 19TH day of October 2006, by WILLIE MAE JOHNSON, who is personally known to me, and was acknowledged in my presence as a voluntary act and deed.

My commission expires: _H-10-2010_

_Valerie Fike Rogers_
NOTARY PUBLIC, STATE AT LARGE, KY

PREPARED BY:

_Paul C. O'Bryan_
PAUL C. O'BRYAN
O'Bryan & O'Bryan
4710 Dixie Highway
Louisville, KY 40216
(502) 448-8400

Document No.: DN2006176882
Lodged By: OBRYAN & OBRYAN
Recorded On: 11/02/2006     02:34:24
Total Fees:                    16.00
Transfer Tax:                    .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEMAY

END OF DOCUMENT.

Page 3 of 3

GE Health Care Preferred
THE BENEFITS OF MEMBERSHIP

Q6-00638×01K002538-PO-07054-C0-203-C3   110
CFPA00-980915

**UnitedHealthcare**
A UnitedHealth Group Company

GE HEALTH CARE PREFERRED
P O BOX 740801
ATLANTA, GA  30374-0801
PHONE: (888) 267-3515

DATE: 02/23/07
TIN: 61-0853236
GROUP #: 0304000
GROUP NAME: GE HEALTH CARE PREFERRED
CHECK NUMBER: UR 15796380
CHECK AMOUNT: $5,474.60

SPAID NURSING SERVICE
SPAID NURSING SERVICE
1941 BISHOP LN STE 102
LOUISVILLE KY  40218

**PROVIDER
EXPLANATION
OF BENEFITS**

## PATIENT DETAIL

| PRODUCT | MEM. ID | PATIENT NAME | PAT REL | PATIENT ACCOUNT | MEMBER NAME | CONTROL NUMBER | DATE RECEIVED | PROVIDER OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| CHOYC+ | A 826320453 | WILLIE JOHNSON | SS 826320453 | | WILLIE JOHNSON | 0153130727-02 | 01/25/07 | SPAID NURSING SERVICE |

## SERVICE DETAIL

| PATIENT NAME | DATES OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT CHARGED | NOT COVERED | PROV ADJ DISCOUNT | AMOUNT ALLOWED | DEDUCT/ COPAY | PLAN COV | PAID TO PROVIDER | RMK CD | PATIENT RESP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLIE JOHNSON | 10/01/06- 10/07/06 | HOME HEALTH CA | 5,474.60 .00 | 17724 | | 5,474.60 | | 100% | 5,474.60 D1 | | |
| | 10/01/06- 10/07/06 | HOME HEALTH CA | 1,245.40 .00 | | | | | | .00 D1 | | |
| | 10/08/06- 10/14/06 | HOME HEALTH CA | 6,720.00 .00 | 17776 | | | | | .00 D1 | | |
| | 10/15/06- 10/21/06 | HOME HEALTH CA | 6,400.00 .00 | 17819 | | | | | .00 D1 | | |
| | 10/22/06- 10/28/06 | HOME HEALTH CA | 6,720.00 .00 | 17559 | | | | | .00 D1 | | |
| | 10/29/06- 11/04/06 | HOME HEALTH CA | 6,720.00 .00 | 11947 | | | | | .00 D1 | | |
| | | SUBTOTAL | 33,280.00 | | | 5,474.60 | | | 5,474.60# | | 27,805.40 |

TOTAL PAID TO PROVIDER          $5,474.60

REMARKS
(D1)   THANK YOU FOR USING A NETWORK PHYSICIAN OR OTHER HEALTH CARE PROFESSIONAL. WE HAVE APPLIED THE CONTRACTED FEE. THE
       PATIENT IS NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE AMOUNT CHARGED BY THE PHYSICIAN OR HEALTH CARE
       PROFESSIONAL AND THE AMOUNT ALLOWED BY THE CONTRACT, EXCEPT IN SITUATIONS WHERE THERE IS AN ANNUAL BENEFIT MAXIMUM
       FOR THIS SERVICE. THE PATIENT IS ALSO RESPONSIBLE FOR ANY COPAY, DEDUCTIBLE AND COINSURANCE AMOUNTS.

( #) PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

**EXHIBIT
4**
ALL-STATE LEGAL

— Detach Check                                                                                    Detach Check —

GE Health Care Preferred
THE BENEFITS OF MEMBERSHIP

The Chase Manhattan Bank
Syracuse, NY

50-837
213

GE HEALTH CARE PREFERRED
P O BOX 740801
ATLANTA, GA  30374-0801
PHONE: (888) 267-3515.

UR 15796380

Q6-00638-002538-PO-07054-C0-203-C3   110

DATE  02/23/07

CONTRACT: 304000

PLEASE PRESENT PROMPTLY FOR PAYMENT

**FIVE THOUSAND FOUR HUNDRED SEVENTY FOUR & 60/100 DOLLARS ***********************************

PAY: $******5,474.60 **

PAY
TO THE
ORDER OF

SPAID NURSING SERVICE
SPAID NURSING SERVICE
1941 BISHOP LN STE 102
LOUISVILLE KY  40218

AUTHORIZED SIGNATURE

⑆15796380⑆ ⑆021309379⑆ 601⑈8⑈82939⑆



US Health Care Preferred
HEALTH CARE PREFERRED
P.O. BOX 4080162
ATLANTA GA 30374-0801
PHONE (888) 267 3515

The Chase Manhattan Bank
Syracuse, NY

UR 42366280

DATE 03/30/07

PLEASE PRESENT PROMPTLY FOR PAYMENT

CONTRACT 304000

PAY $*******6,720.00**

**SIX THOUSAND, SEVEN HUNDRED TWENTY & 00/100 DOLLARS ***********************************

PAY
TO THE
ORDER OF

SPAID NURSING SERVICE
SPAID NURSING SERVICE
1941 BISHOP LN STE 102
LOUISVILLE KY 40218

AUTHORIZED SIGNATURE

⑈42366280⑈ ⑆021309379⑆ 601⑈8⑈82939⑈





*E. Health Care Preferred*
*IN BENEFIT OF* EMORY

E HEALTH CARE PREFERRED
O BOX 740801
LANTA, GA  30374-0801
ONE: (888) 267-3515

The Chase Manhattan Bank
Syracuse, NY

50-807
213

UR 54147530

DATE 04/17/07

-02055-002819-P0-07107-CO-203-C3    110
NTRACT: 304000

PLEASE PRESENT PROMPTLY FOR PAYMENT
PAY $********640.00**

**SIX HUNDRED FORTY & 00/100 DOLLARS **********************************************

PAY
TO THE
ORDER OF

SPAID NURSING SERVICE
SPAID NURSING SERVICE
1941 BISHOP LN STE 102
LOUISVILLE KY  40218

AUTHORIZED SIGNATURE

⑈54147530⑈ ⑆021309379⑆ 601⑈8⑈82939⑈



GE Health Care Preferred
*THE BENEFIT OF CHOICE*
GE HEALTH CARE PREFERRED
P O BOX 740801
ATLANTA, GA  30374-0801
PHONE: (888) 267-3515

L8-00419-00130S-P0-07153-CO-203-C3      110

CONTRACT: 304000

The Chase Manhattan Bank
Syracuse, NY

UR 92879990

DATE: 06/08/07

PLEASE PRESENT PROMPTLY FOR PAYMENT

PAY:$*****21,290.00**

**TWENTY ONE THOUSAND TWO HUNDRED NINETY & 00/100 DOLLARS ************************************

PAY
TO THE
ORDER OF

SPAID NURSING SERVICE
SPAID NURSING SERVICE
1941 BISHOP LN STE 102
LOUISVILLE KY  40218

AUTHORIZED SIGNATURE

⑆928799900⑆ ⑈021309379⑇ 601⑈8⑈82939⑆

| PRODUCT | | NAME | REL | ACCOUNT | NAME | NUMBER | RECEIVED | OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| CHOYC+ | A 826320453 | WILLIE JOHNSON | SS | 826320453 | WILLIE JOHNSON | 01594004007-01 | 04/16/07 | SPAID NURSING SERVICE |



*Paid*

Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 9/15/2006 | 17498 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $1,280.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 9/9/06 | | | |
| 09/08/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/09/06 | 7:00 AM | 2:00 PM | Pulliam, Pamela R | 10.00 | $40.00 | $400.00 |
| 09/09/06 | 2:00 PM | 7:00 AM | Coyle, Mary Joyce | 14.00 | $40.00 | $560.00 |

$1,280.00

SERVICES SUPERVISED BY PAT SHAIN, RN





Paid

Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Invoice Date
9/22/2006

Customer Number
3755

Invoice Number
17559

Invoice Amount
$6,410.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|---|-----------|-------|------|-------|
| | | | Week ending 9/16/06 | | | |
| 09/10/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/10/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 09/10/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/11/06 | 7:00 AM | 3:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/11/06 | 3:00 PM | 11:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/11/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/12/06 | 7:00 AM | 3:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/12/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/13/06 | 7:00 AM | 3:00 PM | Pyles, Janis B | 8.00 | $40.00 | $320.00 |
| 09/13/06 | 3:00 PM | 11:00 PM | Pyles, Janis B | 8.00 | $40.00 | $320.00 |
| 09/13/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/14/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/14/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/14/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 09/15/06 | 7:00 AM | 3:00 PM | Pyles, Janis B | 8.00 | $40.00 | $320.00 |
| 09/15/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 09/15/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 09/16/06 | 6:45 AM | 3:15 PM | Laltis, Lee A | 8.25 | $40.00 | $330.00 |
| 09/16/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/16/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,410.00

SERVICES SUPERVISED BY PAT SHAIN, RN



*Paid*

**Spald Nursing**
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 9/27/2006 | 17633 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,720.00 |

**United Healthcare**
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 9/23/06 | | | |
| 09/17/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/17/06 | 3:00 PM | 11:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/17/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 09/18/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/18/06 | 3:00 PM | 11:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/18/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/19/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/19/06 | 3:00 PM | 11:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/19/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/20/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/20/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/20/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/21/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/21/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/21/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 09/22/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 09/22/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/22/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 09/23/06 | 7:00 AM | 3:00 PM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 09/23/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/23/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Paid

Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 10/6/2006 | 17686 |
| **Customer Number** | **Invoice Amount** |
| 3755 | $6880.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Week ending 9/30/06** | | | |
| 09/24/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/24/06 | 3:00 PM | 11:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 09/24/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/25/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/25/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/25/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/26/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/26/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/26/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/27/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/27/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/27/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/28/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 09/28/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 09/28/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/29/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 09/29/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/29/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| | | | | | | |
| 09/30/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/30/06 | 7:00 AM | 11:00 AM | Pulliam, Pamela R-turn around time | 4.00 | $40.00 | $160.00 |
| 09/30/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 09/30/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,880.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 10/13/2006 | 17721 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 10/7/06 | | | |
| 10/01/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/01/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 10/01/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 10/02/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/02/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/02/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/03/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/03/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/03/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/04/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/04/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/04/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/05/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/05/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/05/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/06/06 | 7:06 AM | 3:06 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/06/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/06/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/07/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/07/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/07/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,720.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

| | Invoice Date | Invoice Number |
|---|---|---|
| | 10/20/2006 | 17770 |
| | Customer Number | Invoice Amount |
| | 3755 | $6,720.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Week ending 10/14/06** | | | |
| 10/08/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/08/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 10/08/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 10/09/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/09/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/09/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/10/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/10/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/10/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/11/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/11/06 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/11/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/12/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/12/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/12/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/13/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/13/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/13/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/14/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/14/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/14/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,720.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
10/27/2006

Invoice Number
17819

Customer Number
3755

Invoice Amount
$6,400.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Week ending 10/21/06** | | | |
| 10/15/06 | 7:00 AM | 3:00 PM | Pyles, Janis B | 8.00 | $40.00 | $320.00 |
| 10/15/06 | 3:00 PM | 11:00 PM | Pyles, Janis B | 8.00 | $40.00 | $320.00 |
| 10/16/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/16/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/16/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/17/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/17/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/17/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/18/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/18/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/18/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/19/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/19/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/19/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/20/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/20/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/20/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/21/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/21/06 | 3:00 PM | 11:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/21/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,400.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
11/3/2006

Invoice Number
17899

Customer Number
3755

Invoice Amount
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|--|-----------|-------|------|-------|
| | | | Week ending 10/28/06 | | | |
| 10/22/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/22/06 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/22/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 10/23/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/23/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/23/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/24/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/24/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/24/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/25/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/25/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/25/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/26/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/26/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/26/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/27/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/27/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/27/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 10/28/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/28/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/28/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,720.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Invoice Date
11/10/2006

Customer Number
3755

Invoice Number
17947

Invoice Amount
$6,720.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|---|-----------|-------|------|-------|
| | | | **Week ending 11/4/06** | | | |
| 10/29/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/29/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 10/29/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 10/30/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 10/30/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/30/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 10/31/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 10/31/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 10/31/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/01/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/01/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/01/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/02/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/02/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/02/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 11/03/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/03/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/03/06 | 11:00 PM | 7:00 AM | Beeler, Doris M | 8.00 | $40.00 | $320.00 |
| 11/04/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/04/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/04/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| | | | | | | **$6,720.00** |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 11/17/2006 | 18013 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,400.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 11/12/06 | | | |
| 11/05/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 11/05/06 | 7:00 AM | 3:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 11/06/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/06/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/06/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/07/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/07/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/07/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/08/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/08/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/08/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/09/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/09/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/09/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/10/06 | 3:00 PM | 11:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/10/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 11/10/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/11/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/11/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/11/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,400.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

| | |
|---|---|
| Invoice Date | Invoice Number |
| 11/24/2006 | 18074 |
| Customer Number | Invoice Amount |
| 3755 | $6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Week ending 11/18/06** | | | |
| 11/12/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/12/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/12/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/13/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/13/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/13/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/14/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/14/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/14/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/15/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/15/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/15/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/16/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/16/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/16/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/17/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/17/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 11/17/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/18/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/18/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/18/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,720.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
12/1/2006

Invoice Number
18150

Customer Number
3755

Invoice Amount
$320.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|--|-----------|-------|------|-------|
| | | | Week ending 11/25/06 | | | |
| 11/19/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 12/1/2006 | 18149 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,080.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 11/25/06 | | | |
| 11/23/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/19/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/19/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 6.00 | $40.00 | $320.00 |
| 11/20/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 6.00 | $40.00 | $320.00 |
| 11/20/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/20/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/21/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/21/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/21/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/22/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/22/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/22/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/23/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/23/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/24/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/24/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/24/08 | 11:00 OM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/25/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 11/25/06 | 7:00 AM | 3:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |

$6,080.00

SERVICES SUPERVISED BY PAT SHAIN, RN

# Spaid Nursing

EIN # 61-0863236

Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218

Phone:   (502) 637-5474
Fax:   (502) 634-0919

| | Invoice Date | Invoice # |
|---|---|---|
| | 12/1/2006 | 18166 |
| | Customer # | Invoice Amt |
| | 3755 | $192.00 |

Johnson, Willie May
Claims Dept.
P.O. Box 740801
Atlanta, GA      30374

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

Department Name      Primary

| Date | Shifts | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|
| | | Weekend Date. | 11/25/2006 | | | |
| 11/25/2006 | 11:00 PM  07:00 AM | Fisher, Loretta L | Aide | 8.00 | $24.00 | $192.00 |
| Payment past due 20 days after invoice date: | | | | | Please Pay | $192.00 |

Page 1 of  1



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

| | | Invoice Date | Invoice Number |
| --- | --- | --- | --- |
| | | 12/8/2006 | 18218 |
| | | Customer Number | Invoice Amount |
| | | 3755 | $320.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Week ending 11/26/06 | | | |
| 11/26/06 | 3:00 PM | 11:00 PM | Tutt, Stacey J | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 12/8/2006 | 18219 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,400.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **Week ending 12/2/06** | | | |
| 11/26/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/26/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 11/27/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/27/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/27/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/28/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/28/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/28/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/29/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/29/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/29/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 11/30/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 11/30/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 11/30/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/01/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 12/01/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/01/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/02/06 | 3:00 PM | 11:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/02/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/02/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,400.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| | | | | Invoice Date | Invoice Number |
|---|---|---|---|---|---|
| | | | | 12/15/2006 | 18262 |
| | | | | Customer Number | Invoice Amount |
| | | | | 3755 | $6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 12/9/06 | | | |
| 12/03/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 12/03/06 | 7:00 AM | 3:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/03/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/04/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/04/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/04/08 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/05/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/05/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/05/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/06/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/06/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/06/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/07/06 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 12/07/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/07/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/08/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 12/08/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/08/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/09/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 12/09/06 | 7:00 AM | 3:00 PM | Benjamin, Terry E | 8.00 | $40.00 | $320.00 |
| 12/09/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,720.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 12/22/2006 | 18305 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,740.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 12/16/06 | | | |
| 12/10/06 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 12/10/06 | 7:00 AM | 3:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/10/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/11/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/11/06 | 7:00 AM | 3:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 12/11/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/12/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/12/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/12/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/13/06 | 3:00 PM | 11:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/13/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/13/06 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/14/06 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 12/14/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/14/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/15/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 12/15/06 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/15/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/16/06 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | ,$40.00 | $320.00 |
| 12/16/06 | 7:00 AM | 3:30 PM | Bradford, Kendra | 8.50 | $40.00 | $340.00 |
| 12/16/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| | | | | | | $6,740.00 |

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Invoice Date
12/29/2006

Customer Number
3755

Invoice Number
18376

Invoice Amount
$320.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|---|-----------|-------|------|-------|
| | | | Week ending 12/24/06 | | | |
| 12/17/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 12/29/2006 | 18375 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,390.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | week ending 12/23/06 | | | |
| 12/17/06 | 3:00:00 PM | 11:00:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 12/17/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/18/06 | 3:00:00 PM | 11:00:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/18/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/18/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/19/06 | 3:00:00 PM | 11:00:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/19/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/19/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/20/06 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 12/20/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/20/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/21/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/21/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/22/06 | 3:00:00 PM | 11:00:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/22/06 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 12/22/06 | 3:15:00 PM | 11:00:00 PM | Barley, Tami | 7.75 | $40.00 | $310.00 |
| 12/22/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/23/06 | 7:00:00 AM | 11:00:00 PM | Barley, Tami | 16.00 | $40.00 | $640.00 |
| 12/23/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,390.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
1/5/2007

Invoice Number
18432

Customer Number
3755

Invoice Amount
6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | Caregiver | Hours | Rate | Total |
|------|------|------|------|------|------|------|
| | | | Week ending 12/30/06 | | | |
| 12/24/06 | 3:00:00 PM | 11:00:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/24/06 | 7:00:00 AM | 3:00:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/24/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/25/06 | 3:00:00 PM | 11:00:00 PM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/25/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/25/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/26/06 | 7:00:00 AM | 3:00:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/26/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/26/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/27/06 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 12/27/06 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/27/06 | 11:00:00 PM | 7:00:00 AM | Coyle, Mary Joyce | 8.00 | $40.00 | $320.00 |
| 12/28/06 | 7:00:00 AM | 12:00:00 PM | Pulliam, Pamela R | 5.00 | $40.00 | $200.00 |
| 12/28/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/28/06 | 12:00:00 PM | 11:00:00 PM | Seawright, Carolyn | 11.00 | $40.00 | $440.00 |
| 12/29/06 | 3:00:00 PM | 11:00:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/29/06 | 7:00:00 AM | 3:00:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 12/29/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |
| 12/30/06 | 3:00:00 PM | 11:00:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 12/30/06 | 7:00:00 AM | 3:00:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 12/30/06 | 11:00:00 PM | 7:00:00 AM | Fisher, Loretta L | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

**Invoice Date**
1/12/2007

**Customer Number**
3755

**Invoice Number**
18487

**Invoice Amount**
$320.00

**Service Provided for:**
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|---|-----------|-------|------|-------|
| | | | Week ending 1/6/07 | | | |
| 12/31/06 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

| Invoice Date | Invoice Number |
| --- | --- |
| 1/12/2007 | 18488 |

| Customer Number | Invoice Amount |
| --- | --- |
| 3755 | 6,800.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Week ending 1/6/07 | | | | |
| 12/31/06 | 3:00 PM | 7:00 PM | Coyle, Mary Joyce | Holiday | 4.00 | $60.00 | $240.00 |
| 12/31/06 | 11:00 PM | 7:00 AM | Fisher, Loretta L | Holiday | 8.00 | $60.00 | $480.00 |
| 01/01/07 | 3:00 PM | 11:00 PM | Barley, Tami | Holiday | 8.00 | $60.00 | $480.00 |
| 01/01/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | Holiday | 8.00 | $60.00 | $480.00 |
| 01/01/07 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | | 8.00 | $40.00 | $320.00 |
| 01/02/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | . | 8.00 | $40.00 | $320.00 |
| 01/02/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | | 8.00 | $40.00 | $320.00 |
| 01/02/07 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | | 8.00 | $40.00 | $320.00 |
| 01/03/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | | 8.00 | $40.00 | $320.00 |
| 01/03/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | | 8.00 | $40.00 | $320.00 |
| 01/03/07 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | | 8.00 | $40.00 | $320.00 |
| 01/04/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | - | 8.00 | $40.00 | $320.00 |
| 01/04/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | | 8.00 | $40.00 | $320.00 |
| 01/04/07 | 11:00 PM | 7:00 AM | Fisher, Loretta L | | 8.00 | $40.00 | $320.00 |
| 01/05/07 | 3:00 PM | 11:00 PM | Barley, Tami | | 8.00 | $40.00 | $320.00 |
| 01/05/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | | 8.00 | $40.00 | $320.00 |
| 01/05/07 | 11:00 PM | 7:00 AM | Fisher, Loretta L | . | 8.00 | $40.00 | $320.00 |
| 01/06/07 | 7:00 AM | 11:00 PM | Barley, Tami | | 16.00 | $40.00 | $640.00 |
| 01/06/07 | 11:00 PM | 7:00 AM | Fisher, Loretta L | | 8.00 | $40.00 | $320.00 |

$6,800.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Invoice Date
1/19/2007

Invoice Number
18538

Customer Number
3755

Invoice Amount
$6,460.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 1/13/07 | | | |
| 01/07/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 01/07/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/07/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/08/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/08/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/08/07 | 11:00 PM | 7:00 AM | Oomnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/09/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/09/07 | 3:00 PM | 12:30 AM | Seawright, Carolyn | 9.50 | $40.00 | $380.00 |
| 01/10/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/10/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/10/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 01/11/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/11/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/11/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/12/07 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/12/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/12/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/13/07 | 3:00 PM | 11:00 PM | Stilwell, Julie A | 8.00 | $40.00 | $320.00 |
| 01/13/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/13/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |

$6,460.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date          Invoice Number
1/19/2007                 18550

Customer Number      Invoice Amount
3755                      $260.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|------|-------|--|-----------|-------|------|-------|
| | | | Week ending 1/13/07 | | | |
| 01/09/07 | 12:30 AM | 7:00 AM | Tutt, Stacey J | 6.50 | $40.00 | $260.00 |

$260.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 1/26/2007 | 18585 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | Week ending 1/20/07 | | | |
| 01/14/07 | 3:00 PM | 11:00 PM | Ashworth, Carol | 8.00 | $40.00 | $320.00 |
| 01/14/07 | 7:00 AM | 3:00 PM | Bradford, Kendra | 8.00 | $40.00 | $320.00 |
| 01/14/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/15/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/15/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/15/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/16/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/16/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/16/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | 8.00 | $40.00 | $320.00 |
| 01/17/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/17/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/17/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | 8.00 | $40.00 | $320.00 |
| 01/18/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | 8.00 | $40.00 | $320.00 |
| 01/18/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/18/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/19/07 | 3:00 PM | 11:00 PM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/19/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | 8.00 | $40.00 | $320.00 |
| 01/19/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |
| 01/20/07 | 3:00 PM | 11:00 PM | Stilwell, Julia A | 8.00 | $40.00 | $320.00 |
| 01/20/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | 8.00 | $40.00 | $320.00 |
| 01/20/07 | 11:00 PM | 7:00 AM | Barley, Tami | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| | | | | Invoice Date | Invoice Number |
|---|---|---|---|---|---|
| | | | | 2/2/2007 | 18628 |
| | | | | Customer Number | Invoice Amount |
| | | | | 3755 | $6,560.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | **Week ending 1/27/07** | | | | |
| 01/21/07 | 7:00 AM | 3:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 01/21/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 01/21/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 01/22/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 01/22/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 01/22/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 01/23/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 01/23/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 01/23/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 01/24/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 01/24/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 01/24/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 01/25/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 01/25/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 01/25/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 01/26/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 01/26/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 01/26/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 01/27/07 | 3:00 PM | 3:00 AM | Stilwell, Julie A | RN | 12.00 | $40.00 | $480.00 |
| 01/27/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$6,560.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

*Patient in hospital from 1/28/07 – 2/5/07 (no service from Spaid)*

Invoice Number
18755

Invoice Amount
$4,270.00

ed for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|------|------|-------|-----------|------|-------|------|-------|
| | | | Week ending 2/10/07 | | | | |
| 02/06/07 | 3:00 PM | 11:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/06/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 02/07/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/07/07 | 9:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 10.00 | $40.00 | $400.00 |
| 02/08/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/08/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/08/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/09/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/09/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/09/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/10/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/10/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/10/07 | 11:00 PM | 7:45 AM | Barley, Tami | LPN | 8.75 | $40.00 | $350.00 |

$4,270.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
2/23/2007

Invoice Number
18802

Customer Number
3755

Invoice Amount
$6,670.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|------|------|-------|-----------|------|-------|------|-------|
| | | | Week ending 2/17/07 | | | | |
| 02/11/07 | 3:00 PM | 11:00 PM | Stilwell, Julie A | RN | 8.00 | $40.00 | $320.00 |
| 02/11/07 | 7:45 AM | 3:30 PM | Bradford, Kendra | LPN | 7.75 | $40.00 | $310.00 |
| 02/11/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/12/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/12/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/12/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/13/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/13/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/13/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 02/14/07 | 4:00 PM | 11:00 PM | Tutt, Stacey J | LPN | 7.00 | $40.00 | $280.00 |
| 02/14/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/14/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 02/15/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/15/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/15/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/16/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/16/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/16/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/17/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/17/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/17/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,670.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

| Invoice Date | Invoice Number |
|---|---|
| 3/2/2007 | 18826 |
| Customer Number | Invoice Amount |
| 3755 | 6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | **Week ending 2/24/07** | | | | |
| 02/18/07 | 7:00:00 AM | 3:00:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/18/07 | 3:00:00 PM | 11:00:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 02/18/07 | 11:00:00 PM | 7:00:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/19/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/19/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/19/07 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/20/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/20/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/20/07 | 11:00:00 PM | 7:00:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 02/21/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/21/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/21/07 | 11:00:00 PM | 7:00:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 02/22/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/22/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/22/07 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/23/07 | 3:00:00 PM | 11:00:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/23/07 | 7:00:00 AM | 3:00:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/23/07 | 11:00:00 PM | 7:00:00 AM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/24/07 | 3:00:00 PM | 11:00:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/24/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/24/07 | 11:00:00 PM | 7:00:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention:  Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
3/9/2007

Customer Number
3755

Invoice Number
18887

Invoice Amount
6,720.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| | | | Week ending 3/3/07 | | | | |
| 02/25/07 | 3:00:00 PM | 11:00:00 PM | Stilwell, Julie A | LPN | 8.00 | $40.00 | $320.00 |
| 02/25/07 | 7:00:00 AM | 3:00:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 02/25/07 | 11:00:00 PM | 7:00:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/26/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/26/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/26/07 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 02/27/07 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 02/27/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/27/07 | 11:00:00 PM | 7:00:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 02/28/07 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 02/28/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 02/28/07 | 11:00:00 PM | 7:00:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 03/01/07 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/01/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/01/07 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/02/07 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/02/07 | 7:00:00 AM | 3:00:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/02/07 | 11:00:00 PM | 7:00:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/03/07 | 3:00:00 PM | 11:00:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/03/07 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/03/07 | 11:00:00 PM | 7:00:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

Invoice Date
3/16/2007

Invoice Number
18947

Customer Number
3755

Invoice Amount
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|--|-----------|--|-------|------|-------|
| | | | **Week ending 3/10/07** | | | | |
| 03/04/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 03/04/07 | 7:00 AM | 3:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/04/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/05/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/05/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/05/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/06/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/06/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/06/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 03/07/07 | 2:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 9.00 | $40.00 | $360.00 |
| 03/07/07 | 7:00 AM | 2:00 PM | Pulliam, Pamela R | LPN | 7.00 | $40.00 | $280.00 |
| 03/07/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 03/08/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/08/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/08/07 | 11:00 PM | 7:00 AM | Dommwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/09/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/09/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/09/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/10/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/10/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/10/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919

Invoice Date
3/23/2007

Invoice Number
19014

Customer Number
3755

Invoice Amount
$7,010.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|------|------|-------|-----------|------|-------|------|-------|
| | | | **Week ending 3/17/07** | | | | |
| 03/11/07 | 7:00 AM | 11:00 PM | Bradford, Kendra | LPN | 16.00 | $40.00 | $640.00 |
| 03/11/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 9.00 | $40.00 | $360.00 |
| 03/12/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/12/07 | 7:45 AM | 3:00 PM | Pulliam, Pamela R | LPN | 7.25 | $40.00 | $290.00 |
| 03/12/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/13/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/13/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/13/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 8.00 | $40.00 | $320.00 |
| 03/14/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/14/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/14/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 03/15/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/15/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/15/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/16/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/16/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/16/07 | 8:00 AM | 3:00 PM | Blake, Eleanor R-orientation | LPN | 7.00 | $40.00 | $280.00 |
| 03/16/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/17/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/17/07 | 7:00 AM | 3:00 PM | Blake, Eleanor R | LPN | 8.00 | $40.00 | $320.00 |
| 03/17/07 | 11:00 PM | 7:00 AM | Blake, Eleanor R | LPN | 8.00 | $40.00 | $320.00 |

$7,010.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
3/30/2007

Invoice Number
19060

Customer Number
3755

Invoice Amount
$6,730.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| | | | **Week ending 3/24/07** | | | | |
| 3/18/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 3/18/07 | 7:00 AM | 3:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 3/18/07 | 11:00 PM | 7:00 AM | Blake, Eleanor R | LPN | 8.00 | $40.00 | $320.00 |
| 3/19/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 3/19/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 3/19/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 3/20/07 | 3:00 PM | 11:30 PM | Seawright, Carolyn | LPN | 8.50 | $40.00 | $340.00 |
| 3/20/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 3/20/07 | 11:00 PM | 7:00 AM | Tutt, Stacey J | LPN | 7.50 | $40.00 | $300.00 |
| 3/21/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 3/21/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 3/21/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 3/22/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 3/22/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 3/22/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 3/23/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 3/23/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 3/23/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 3/24/07 | 3:00 PM | 12:30 AM | Bradford, Kendra | LPN | 9.50 | $40.00 | $380.00 |
| 3/24/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 3/24/07 | 12:15AM | 7:00 AM | Blake, Eleanor R | LPN | 6.75 | $40.00 | $270.00 |

$6,730.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| | | | |
|---|---|---|---|
| Invoice Date | | Invoice Number | |
| 4/6/2007 | | 19118 | |
| | | | |
| Customer Number | | Invoice Amount | |
| 3755 | | $6,720.00 | |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | Week ending 3/31/07 | | | | |
| 03/25/07 | 7:00 AM | 11:00 PM | Bradford, Kendra | LPN | 16.00 | $40.00 | $640.00 |
| 03/25/07 | 11:00 PM | 7:00 AM | Blake, Eleanor R | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 03/26/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/26/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/26/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 03/27/07 | 3:00 PM | 12:00 AM | Seawright, Carolyn | LPN | 9.00 | $40.00 | $360.00 |
| 03/27/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/27/07 | 12:00 AM | 7:00 AM | Tutt, Stacey J | LPN | 7.00 | $40.00 | $280.00 |
| | | | | | | | |
| 03/28/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/28/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/28/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 03/29/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 03/29/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/29/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 03/30/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 03/30/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 03/30/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 03/31/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 03/31/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 03/31/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
4/13/2007

Invoice Number
19168

Customer Number
3755

Invoice Amount
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| | | | Week ending 4/7/07 | | | | |
| 04/01/07 | 3:15 PM | 11:00 PM | Montgomery, Ruth | LPN | 7.75 | $40.00 | $310.00 |
| 04/01/07 | 7:00 AM | 3:15 PM | Bradford, Kendra | LPN | 8.25 | $40.00 | $330.00 |
| 04/01/07 | 11:00 PM | 7:00 AM | Coyle, Mary Joyce | LPN | 8.00 | $40.00 | $320.00 |
| 04/02/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/02/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/02/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/03/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/03/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/03/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/04/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/04/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/04/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 04/05/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/05/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/05/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/06/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 04/06/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/06/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 04/07/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 04/07/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/07/07 | 11:00 PM | 7:00 AM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
4/20/2007

Invoice Number
19210

Customer Number
3755

Invoice Amount
$6,660.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|------|------|------|------|------|------|------|------|
| | | | Week ending 4/14/07 | | | | |
| 04/08/07 | 4:00 PM | 7:00 AM | Barley, Tami | LPN | 15.00 | $40.00 | $600.00 |
| 04/08/07 | 7:00 PM | 3:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 04/09/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/09/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/09/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/10/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/10/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/10/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/11/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/11/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/11/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 04/12/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 04/12/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/12/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/13/07 | 3:00 PM | 11:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 04/13/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 04/13/07 | 11:00 PM | 7:00 AM | Branham, Joyce M | LPN | 8.00 | $40.00 | $320.00 |
| 04/14/07 | 3:30 PM | 11:00 PM | Easton, Mary T | LPN | 7.50 | $40.00 | $300.00 |
| 04/14/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 04/14/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,660.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
4/27/2007

Invoice Number
19274

Customer Number
3755

Invoice Amount
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | Week ending 4/14/07 | | | | |
| 4/15/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 4/15/07 | 7:00 AM | 3:00 PM | Bradford, Kendra | LPN | 8.00 | $40.00 | $320.00 |
| 4/15/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 4/16/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 4/16/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 4/16/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 4/17/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | ·$320.00 |
| 4/17/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 4/17/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 4/18/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 4/18/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 4/18/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 4/18/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 4/19/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 4/19/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 4/20/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 4/20/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 4/20/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00· | $40.00 | $320.00 |
| 4/21/07 | 3:00 PM | 11:30 PM | Bradford, Kendra | LPN | 8.50 | $40.00 | $340.00 |
| 4/21/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 4/21/07 | 11:30 PM | 7:00 AM | Branham, Joyce M | LPN | 7.50 | $40.00 | $300.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 5/4/2007 | 19326 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $1,360.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | Week ending 4/28/07 | | | | |
| 4/22/07 | 7:00 AM | 11:00 PM | Bradford, Kendra | LPN | 16.00 | $40.00 | $640.00 |
| 4/22/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 4/23/07 | 7:00 AM | 5:00 PM | Pulliam, Pamela R | LPN | 10.00 | $40.00 | $400.00 |

$1,360.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Patient in hospital
from 4/24/07 - 5/15/07

(no service from Spaid)

Number
9483

e Amount
750.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|------|------|-------|-----------|---|-------|------|-------|
| | | | Week ending 5/19/07 | | | | |
| 5/16/07 | 3:00 PM | 12:00 AM | Seawright, Carolyn | LPN | 12.00 | $40.00 | $480.00 |
| 5/16/07 | 10:00 PM | 8:00 AM | Montgomery, Ruth | LPN | 10.00 | $40.00 | $400.00 |
| 5/17/07 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 5/17/07 | 8:00 AM | 4:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/17/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/18/07 | 3:00 PM | 10:30 PM | Hawthorne, Tiffany A | RN | 7.50 | $40.00 | $300.00 |
| 5/18/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/18/07 | 11:00 PM | 7:15 AM | Whitley, Clare | LPN | 8.25 | $40.00 | $330.00 |
| 5/19/07 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 5/19/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/19/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$3,750.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
6/1/2007

Invoice Number
19539

Customer Number
3755

Invoice Amount
$6,780.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|------|------|-------|------|-----------|-----|-------|------|-------|
| | | | | Week ending 5/26/07 | | | | |
| 5/20/07 | 6:00 AM | 11:30 PM | Raymer, Rhonda R | LPN | 17.50 | $40.00 | $700.00 |
| 5/20/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 5/21/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/21/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/21/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/22/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/22/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/22/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/23/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/23/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/23/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 5/24/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/24/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/24/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/25/07 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 5/25/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8:00 | $40.00 | $320.00 |
| 5/25/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 5/26/07 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 5/26/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/26/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,780.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| Invoice Date | Invoice Number |
| --- | --- |
| 6/8/2007 | 19586 |

| Customer Number | Invoice Amount |
| --- | --- |
| 3755 | $6,720.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Week ending 6/2/07 | | | | |
| 5/27/07 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 5/27/07 | 7:00 AM | 3:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 5/27/07 | 11:00 PM | 7:00 AM | Barley, Tami | Hol | 8.00 | $40.00 | $320.00 |
| 5/28/07 | 3:00 PM | 11:00 PM | Barley, Tami | Hol | 8.00 | $40.00 | $320.00 |
| 5/28/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | Hol | 8.00 | $40.00 | $320.00 |
| 5/28/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 5/29/07 | 7:00 AM | 7:00 PM | Pulliam, Pamela R | LPN | 12.00 | $40.00 | $480.00 |
| 5/29/07 | 7:00 PM | 7:00 AM | Dornnwachukwu, Cather | LPN | 12.00 | $40.00 | $480.00 |
| 5/30/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/30/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/30/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 5/31/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 5/31/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 5/31/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/1/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/1/07 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/1/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 6/2/07 | 3:00 PM | 11:00 PM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/2/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/2/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

**Invoice Date**
6/15/2007

**Invoice Number**
19633

**Customer Number**
3755

**Invoice Amount**
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

**Service Provided for:**
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|--|-----------|--|-------|------|-------|
| | | | Week ending 6/2/07 | | | | |
| 6/3/07 | 7:00 AM | 11:00 PM | Raymer, Rhonda R | LPN | 16.00 | $40.00 | $640.00 |
| 6/3/07 | 11:00 PM | 7:00 AM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 6/4/07 | 3:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 16.00 | $40.00 | $640.00 |
| 6/4/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/5/07 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 6/5/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/5/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/6/07 | 3:15 PM | 11:15 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/6/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/6/07 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 6/7/07 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/7/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/7/07 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/8/07 | 7:00 AM | 11:00 PM | Barley, Tami | LPN | 16.00 | $40.00 | $640.00 |
| 6/8/07 | 11:00 PM | 7:00 AM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/9/07 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 6/9/07 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/9/07 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax:  502.634.0919

| | | |
|---|---|---|
| **Invoice Date** | | **Invoice Number** |
| 6/22/2007 | | 19701 |
| **Customer Number** | | **Invoice Amount** |
| 3755 | | $6,710.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 6/10/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 6/10/2007 | 7:00 AM | 3:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 6/10/2007 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/11/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/11/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/11/2007 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/12/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/12/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/12/2007 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/13/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/13/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/13/2007 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/14/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 6/14/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/14/2007 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/15/2007 | 3:15 PM | 11:00 PM | Hawthorne, Tiffany A | RN | 7.75 | $40.00 | $310.00 |
| 6/15/2007 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/15/2007 | 11:00 PM | 7:00 AM | Oomnwachukwu, Cather | | 8.00 | $40.00 | $320.00 |
| | | | | | | | |
| 6/16/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 6/16/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/16/2007 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$6,710.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

Invoice Date
6/29/2007

Invoice Number
19777

Customer Number
3755

Invoice Amount
$6,720.00

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|------|-----------|-----|-------|------|-------|
| 6/17/2007 | 3:00 PM | 11:00 PM | Coyle, Mary Joyce | | 8.00 | $40.00 | $320.00 |
| 6/17/2007 | 7:00 AM | 3:00 PM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/17/2007 | 11:00 PM | 7:00 AM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 6/18/2007 | 3:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 15.00 | $40.00 | $640.00 |
| 6/18/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/19/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/19/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/19/2007 | 11:00 PM | 7:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/20/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/20/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/20/2007 | 11:00 PM | 7:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 6/21/2007 | 3:00 PM | 11:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/21/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/21/2007 | 11:00 PM | 7:00 AM | Oomnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/22/2007 | 3:00 PM | 11:00 PM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/22/2007 | 7:00 AM | 3:00 PM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/22/2007 | 11:00 PM | 7:00 AM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/23/2007 | 3:00 PM | 11:00 PM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/23/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/23/2007 | 11:00 PM | 7:00 AM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |

$6,720.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919

| | | | | | Invoice Date | | Invoice Number |
| | | | | | 7/6/2007 | | 19814 |

| | | | | | Customer Number | | Invoice Amount |
| | | | | | 3755 | | $4,560.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 6/24/2007 | 3:00:00 PM | 11:00:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 6/24/2007 | 7:00:00 AM | 3:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/24/2007 | 11:00:00 PM | 7:00:00 AM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 6/25/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/26/2007 | 3:00:00 PM | 11:00:00 PM | Seawright, Carolyn | LPN | 8.00 | $40.00 | $320.00 |
| 6/26/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/26/2007 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/27/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/27/2007 | 11:00:00 PM | 7:00:00 AM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 6/28/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 6/28/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 6/28/2007 | 11:00:00 PM | 7:00:00 AM | Domnwachukwu, Cather | LPN | 8.00 | $40.00 | $320.00 |
| 6/29/2007 | 3:00:00 PM | 5:00:00 PM | Barley, Tami | TA Time | 2.00 | $40.00 | $80.00 |
| 6/29/2007 | 7:00:00 AM | 3:00:00 PM | Domnwachukwu, Cather. | LPN | 8.00 | $40.00 | $320.00 |
| 6/30/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$4,560.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 7/13/2007 | 19876 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $2,240.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/1/2007 | 7:00:00 AM | 3:00:00 PM | Raymer, Rhonda R | LPN | 8.00 | $40.00 | $320.00 |
| 7/2/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/3/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/4/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | Hol | 8.00 | $40.00 | $320.00 |
| 7/5/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/6/2007 | 7:00:00 AM | 3:00:00 PM | Dommwachukwu, Cathar | LPN | 8.00 | $40.00 | $320.00 |
| 7/7/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$2,240.00

SERVICES SUPERVISED BY PAT SHAIN, RN



**Spald Nursing**
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
7/20/2007

Customer Number
3755

Invoice Number
19926

Invoice Amount
$1,920.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | | Hours | Rate | Total |
|------|-------|---|-----------|---|---|-------|------|-------|
| 7/8/2007 | 7:00:00 AM | 3:00:00 PM | Hawthorne, Tiffany A | LPN | | 8.00 | $40.00 | $320.00 |
| 7/9/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/10/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/11/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/12/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/14/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |

$1,920.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863238

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
8/3/2007

Invoice Number
20023

Customer Number
3755

Invoice Amount
$3,840.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|------|------|-------|------|-----------|------|-------|------|-------|
| 7/22/2007 | 7:00:00 AM | 3:00:00 PM | McNeal, Kimberly D | RN | | 8.00 | $40.00 | $320.00 |
| 7/23/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/24/2007 | 3:00:00 PM | 11:00:00 PM | Johnson, Jacqueline | RN | | 8.00 | $40.00 | $320.00 |
| 7/24/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/25/2007 | 3:00:00 PM | 11:00:00 PM | Phillips, Jessica B | LPN | | 8.00 | $40.00 | $320.00 |
| 7/25/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/26/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 7/26/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 7/27/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 7/27/2007 | 7:00:00 AM | 3:00:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 7/28/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 7/28/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |

$3,840.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
8/10/2007

Invoice Number
20088

Customer Number
3755

Invoice Amount
$4,340.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|------|--|-------|--|-----------|--|-------|------|-------|
| 7/29/2007 | 7:00:00 AM | 11:00:00 PM | Phillips, Jessica B | | LPN | 16.00 | $40.00 | $640.00 |
| 7/30/2007 | 3:00:00 PM | 11:00:00 PM | Phillips, Jessica B | | LPN | 8.00 | $40.00 | $320.00 |
| 7/30/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 7/31/2007 | 3:00:00 PM | 11:00:00 PM | Phillips, Jessica B | | LPN | 8.00 | $40.00 | $320.00 |
| 7/31/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 8/1/2007 | 3:00:00 PM | 11:00:00 PM | Phillips, Jessica B | | LPN | 8.00 | $40.00 | $320.00 |
| 8/1/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 8/2/2007 | 3:00:00 PM | 11:00:00 PM | Phillips, Jessica B | | LPN | 8.00 | $40.00 | $320.00 |
| 8/2/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 8/3/2007 | 10:30:00 AM | 11:00:00 PM | Barley, Tami | | LPN | 12.50 | $40.00 | $500.00 |
| 8/4/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 8/4/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |

$4,340.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
7/27/2007

Customer Number
3755

Invoice Number
19976

Invoice Amount
$1,920.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| 7/16/2007 | 7:00:00 AM | 3:00:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/17/2007 | 7:00:00 AM | 3:00:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/18/2007 | 7:00:00 AM | 3:00:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/19/2007 | 7:00:00 AM | 3:00:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 7/20/2007 | 7:00:00 AM | 3:00:00 PM | Phillips, Jessica B | LPN | 8.00 | $40.00 | $320.00 |
| 7/21/2007 | 7:00:00 AM | 3:00:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$1,920.00

SERVICES SUPERVISED BY PAT SHAIN, RN

# Spaid Nursing

EIN # 61-0863236

Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: (502) 637-5474
Fax: (502) 634-0919

| | Invoice Date | Invoice # |
|---|---|---|
| | 8/17/2007 | 21037 |
| | Customer # | Invoice Amt |
| | 3755 | $4,140.00 |

Johnson, Willie May
United Healthcare Claims Dept.
P.O. Box 740801
Atlanta, GA      30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

Department Name      Primary

| Date | Shifts | | Caregiver | Description | Hrs/Units | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | Weekend Date | 8/11/2007 | | | |
| 8/5/2007 | 07:00 AM | 03:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/6/2007 | 03:30 PM | 11:00 PM | Barley, Tami | LPN | 7.50 | $40.00 | $300.00 |
| 8/6/2007 | 07:00 AM | 03:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/7/2007 | 03:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/7/2007 | 07:00 AM | 03:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/8/2007 | 03:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/8/2007 | 07:00 AM | 03:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/9/2007 | 03:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/9/2007 | 07:00 AM | 03:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/10/2007 | 04:00 PM | 11:00 PM | Dixon, Barbara A | RN | 7.00 | $40.00 | $280.00 |
| 8/10/2007 | 07:00 AM | 04:00 PM | Phillips, Jessica B | LPN | 9.00 | $40.00 | $360.00 |
| 8/11/2007 | 07:00 AM | 11:00 PM | Phillips, Jessica B | LPN | 16.00 | $40.00 | $640.00 |

NET 30 DAYS FROM DATE OF
INVOICE

Please Pay      $4,140.00

Page 1 of 1



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| | | |
|---|---|---|
| Invoice Date | | Invoice Number |
| 8/24/2007 | | 21097 |
| | | |
| Customer Number | | Invoice Amount |
| 3755 | | $3,840.00 |

Service Provided for:
Wille May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 8/12/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/13/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/13/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/14/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/14/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/15/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/15/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/16/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/16/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/17/2007 | 7:00 AM | 12:30 PM | Dixon, Barbara A | RN | 5.50 | $40.00 | $220.00 |
| 8/17/2007 | 12:30 PM | 11:00 PM | Barley, Tami | LPN | 10.50 | $40.00 | $420.00 |
| 8/18/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |

$3,840.00

SERVICES SUPERVISED BY PAT SHAIN, RN



**Spaid Nursing**
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 8/31/2007 | 21174 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $      640.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 8/12/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 8/18/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |

| $640.00 |
|---|

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 8/31/2007 | 21175 |
| **Customer Number** | **Invoice Amount** |
| 3755 | $4,120.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|------|-----------|------|-------|------|-------|
| 8/19/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/20/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/20/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/21/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/21/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/22/2007 | 4:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 7.00 | $40.00 | $280.00 |
| 8/22/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/23/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/23/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/24/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/24/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/25/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 8/25/2007 | 7:00 AM | 3:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

**$4,120.00**

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax: 502.634.0919
EIN# 61-0863236

| | | Invoice Date | Invoice Number |
|---|---|---|---|
| | | 9/7/2007 | 21234 |
| | | Customer Number | Invoice Amount |
| | | 3755 | $4,500.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|------|------|-------|---------|-----------|-----|-------|--------|--------|
| 8/26/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 8/26/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/27/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/27/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/28/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 8/28/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/29/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 8/29/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/30/2007 | 3:00 PM | 11:00 PM | Johnson, Jacquelina | RN | 8.00 | $40.00 | $320.00 |
| 8/30/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 8/31/2007 | 3:00 PM | 11:00 PM | Johnson, Jacquelina | RN | 8.00 | $40.00 | $320.00 |
| 8/31/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 9/1/2007 | 2:30 PM | 11:00 PM | Brice, Linett L | LPN | 8.50 | $40.00 | $340.00 |
| 9/1/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |

$4,500.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| Invoice Date | Invoice Number |
|---|---|
| 9/14/2007 | 21278 |
| **Customer Number** | **Invoice Amount** |
| 3755 | $4,780.00 |

United Healthcare
Attention:  Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 9/2/2007 | 3:00:00 PM | 11:00:00 PM | Montgomery, Ruth | | LPN | 8.00 | $40.00 | $320.00 |
| 9/2/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 9/3/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | | Hol | 8.00 | $60.00 | $480.00 |
| 9/3/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | Hol | 8.00 | $60.00 | $480.00 |
| 9/4/2007 | 3:30:00 PM | 11:00:00 PM | Montgomery, Ruth | | RN | 7.50 | $40.00 | $300.00 |
| 9/4/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 9/5/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 9/5/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 9/6/2007 | 3:00:00 PM | 11:00:00 PM | Johnson, Jacqueline | | RN | 8.00 | $40.00 | $320.00 |
| 9/6/2007 | 7:00:00 AM | 3:00:00 PM | Pulliam, Pamela R | | LPN | 8.00 | $40.00 | $320.00 |
| 9/7/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 9/7/2007 | 7:00:00 AM | 3:00:00 PM | Dixon, Barbara A | | RN | 8.00 | $40.00 | $320.00 |
| 9/8/2007 | 3:00:00 PM | 11:00:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 9/8/2007 | 7:00:00 AM | 3:00:00 PM | Dixon, Barbara A | | RN | 8.00 | $40.00 | $320.00 |

$4,780.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 9/21/2007 | 21332 |

| Customer Number | Invoice Amount |
|---|---|
| 3755 | $320.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 9/8/2007 | 7:00 AM | 3:00 PM | | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| | Invoice Date | Invoice Number |
|---|---|---|
| | 9/21/2007 | 21333 |
| | Customer Number | Invoice Amount |
| | 3755 | $4,160.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 9/9/2007 | 3:00 PM | 11:00 PM | Hawthorne, Tiffany A | RN | | 8.00 | $40.00 | $320.00 |
| 9/10/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | | 8.00 | $40.00 | $320.00 |
| 9/10/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/11/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | | 8.00 | $40.00 | $320.00 |
| 9/11/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/12/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 9/12/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/13/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | | 8.00 | $40.00 | $320.00 |
| 9/13/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/14/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 9/14/2007 | 7:00 AM | 3:00 PM | Brice, Linett L | LPN | | 8.00 | $40.00 | $320.00 |
| 9/15/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | | 8.00 | $40.00 | $320.00 |
| 9/15/2007 | 7:00 AM | 3:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |

$4,160.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| Invoice Date | Invoice Number |
|---|---|
| 9/28/2007 | 21385 |
| Customer Number | Invoice Amount |
| 3755 | $4,480.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 9/16/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | | 8.00 | $40.00 | $320.00 |
| 9/16/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/17/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | | 8.00 | $40.00 | $320.00 |
| 9/17/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/18/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | | 8.00 | $40.00 | $320.00 |
| 9/18/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/19/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |
| 9/19/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/20/2007 | 3:15 PM | 11:00 PM | Hawthorne, Tiffany A | RN | | 7.75 | $40.00 | $310.00 |
| 9/20/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | | 8.00 | $40.00 | $320.00 |
| 9/21/2007 | 5:45 PM | 11:00 PM | Hawthorne, Tiffany A | RN | | 5.25 | $40.00 | $210.00 |
| 9/21/2007 | 7:00 AM | 6:00 PM | Dixon, Barbara A | RN | | 11.00 | $40.00 | $440.00 |
| 9/22/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | | 8.00 | $40.00 | $320.00 |
| 9/22/2007 | 7:00 AM | 3:00 PM | Barley, Tami | LPN | | 8.00 | $40.00 | $320.00 |

$4,480.00

**SERVICES SUPERVISED BY PAT SHAIN, RN**



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Invoice Date** | | | | | **Invoice Number** | | |
| 10/5/2007 | | | | | 21472 | | |
| **Customer Number** | | | | | **Invoice Amount** | | |
| 3755 | | | | | $4,480.00 | | |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 9/23/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 9/23/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 9/24/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 9/24/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 9/25/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 9/25/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 9/26/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 9/26/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 9/27/2007 | 3:00 PM | 11:00 PN | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 9/27/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 9/28/2007 | 7:00 AM | 11:00 PM | Barley, Tami | LPN | 16.00 | $40.00 | $640.00 |
| 9/29/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 9/29/2007 | 7:00 AM | 3:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |

$4,480.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 10/12/2007 | 21522 |
| **Customer Number** | **Invoice Amount** |
| 3755 | $640.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|------|-----------|------|-------|------|-------|
| 9/30/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 9/30/2007 | 7:00 AM | 3:00 PM | Brice, Linett L | LPN | 8.00 | $40.00 | $320.00 |

$640.00

**SERVICES SUPERVISED BY PAT SHAIN, RN**



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0883236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA    30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 10/12/2007 | 21523 |
| Customer Number | Invoice Amount |
| 3755 | $3,520.00 |

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 10/1/2007 | 3:00 PM | 11:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 10/1/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | | RN | 8.00 | $40.00 | $320.00 |
| 10/2/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | | RN | 8.00 | $40.00 | $320.00 |
| 10/3/2007 | 3:00 PM | 11:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 10/3/2007 | 7:00 AM | 3:00 PM  . | Dixon, Barbara A | | RN | 8.00 | $40.00 | $320.00 |
| 10/4/2007 | 3:00 PM | 11:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |
| 10/4/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | | RN | 8.00 | $40.00 | $320.00 |
| 10/5/2007 | 7:00 AM | 11:00 PM | Barley, Tami | | LPN | 16.00 | $40.00 | $640.00 |
| 10/6/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | | RN | 8.00 | $40.00 | $320.00 |
| 10/8/2007 | 7:00 AM | 3:00 PM | Barley, Tami | | LPN | 8.00 | $40.00 | $320.00 |

$3,520.00

SERVICES SUPERVISED BY PAT SHAIN, RN



**Spald Nursing**
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Invoice Date
10/19/2007

Invoice Number
21592

Customer Number
3755

Invoice Amount
$320.00

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| 10/2/2007 | 7:00 AM | 3:00 PM | Fleck, Delilah | LPN | 8.00 | $40.00 | $320.00 |

$320.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

| | | Invoice Date | Invoice Number |
|---|---|---|---|
| | | 10/19/2007 | 21593 |
| | | Customer Number | Invoice Amount |
| | | 3755 | $4,440.00 |

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

Service Provided for:
Willie May Johnson
4522 Winn Rose Way
Louisville, KY  40211
Group # 304000

| Date | | Shift | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/7/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 10/7/2007 | 7:00 AM | 3:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/8/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/8/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/9/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 10/9/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/10/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 10/10/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/11/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 10/11/2007 | 7:00 AM | 3:00 PM | Pullam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/12/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 10/12/2007 | 7:00 AM | 3:00 PM | Brice, Linett L | LPN | 8.00 | $40.00 | $320.00 |
| 10/13/2007 | 4:00 PM | 11:00 PM | Barley, Tami | LPN | 7.00 | $40.00 | $280.00 |
| 10/13/2007 | 7:00 AM | 3:00 PM | Brice, Linett L | LPN | 8.00 | $40.00 | $320.00 |

$4,440.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spald Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

**Invoice Date**
10/26/2007

**Invoice Number**
21635

**Customer Number**
3755

**Invoice Amount**
$4,480.00

**Service Provided for:**
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|------|-------|---|-----------|---|-------|------|-------|
| 10/14/2007 | 3:00 PM | 11:00 PM | Thompson, Jennifer K | LPN | 8.00 | $40.00 | $320.00 |
| 10/14/2007 | 7:00 AM | 3:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |
| 10/15/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/15/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/16/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 10/16/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/17/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 10/17/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/18/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/18/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/19/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/19/2007 | 7:00 AM | 3:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 10/20/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 10/20/2007 | 7:00 AM | 3:00 PM | Hawthorne, Tiffany A | RN | 8.00 | $40.00 | $320.00 |

$4,480.00

SERVICES SUPERVISED BY PAT SHAIN, RN



Spaid Nursing
1941 Bishop Lane #102
Louisville, KY 40218
Phone: 502.637.5474
Fax : 502.634.0919
EIN# 61-0863236

United Healthcare
Attention: Claims Dept
P.O. Box 740801
Atlanta, GA   30374-0801

| Invoice Date | Invoice Number |
|---|---|
| 11/2/2007 | 21704 |
| Customer Number | Invoice Amount |
| 3755 | $3,200.00 |

**Service Provided for:**
Willie May Johnson
4522 Winn Rose Way
Louisville, KY 40211
Group # 304000

| Date | Shift | | Caregiver | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/21/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 10/21/2007 | 7:00 AM | 3:00 PM | Brice, Linett L | LPN | 8.00 | $40.00 | $320.00 |
| 10/22/2007 | 3:00 PM | 11:00 PM | Dixon, Barbara A | RN | 8.00 | $40.00 | $320.00 |
| 10/22/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/23/2007 | 3:00 PM | 11:00 PM | Montgomery, Ruth | LPN | 8.00 | $40.00 | $320.00 |
| 10/23/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/24/2007 | 3:00 PM | 11:00 PM | Barley, Tami | LPN | 8.00 | $40.00 | $320.00 |
| 10/24/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |
| 10/25/2007 | 3:00 PM | 11:00 PM | Johnson, Jacqueline | RN | 8.00 | $40.00 | $320.00 |
| 10/25/2007 | 7:00 AM | 3:00 PM | Pulliam, Pamela R | LPN | 8.00 | $40.00 | $320.00 |

$3,200.00

**SERVICES SUPERVISED BY PAT SHAIN, RN**



1941 Bishop Lane, Suite 102, Louisville, KY 40218

## Authorization for Release of Information
## Third Party Billing, and Assignment of Benefits

RE: _Willie May Johnson_

SS#: _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_

I hereby authorize and give permission to Spaid Nursing Service, 1941 Bishop Lane, Suite 102, Louisville, Kentucky, 40218, to release medical information from the medical records of the above-named person. This authorization shall include permission to supply dates to physicians, hospitals, insurance companies, and other agencies that may have a legitimate interest in the above person's care.

I give permission for Spaid Nursing Service to bill for third party payment in the interest of the above named person and to release pertinent financial and/or medical data to support the bill. I hereby assign benefits to Spaid Nursing Service for charges incurred for private duty service.

I certify that I am a duly authorized agent/representative for the above-named person.

_9/8/06_
Date

_Mary Joyce Coyle_
Signature

_Sister_
Relationship to Patient

_9/8/06_
Date

_Pat Shew, R.N., Cem_
Witness

EXHIBIT
6
ALL-STATE LEGAL®



1941 Bishop Lane Ste 102 Louisville Ky. 40218

**Authorization for Release of Information**
**Third Party Billing, and Assignment of Benefits**

RE: **Willie Mae Johnson**

SS#: **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**

Start of Care Date: **September 9, 2006**

I hereby authorize and give permission to Spaid Nursing Service, 1941 Bishop Lane Ste 102, Louisville, Kentucky, 40203, to release medical information from the medical records of the above-named person.  This authorization shall include permission to supply dates to physicians, hospitals, insurance companies, and other agencies that may have a legitimate interest in the above person's care.

I give permission for Spaid Nursing Service to bill for third party payment in the interest of the above named person and to release pertinent financial and/or medical data to support the bill.  I hereby assign benefits to Spaid Nursing Service for charges incurred for private duty services beginning on September 9, 2006.

I certify that I am a duly authorized agent/representative for the above-named person.

_6/28/2010_
Date

_Laya M Ca_
Signature

_POWER OF ATTORNEY FOR W. M. JOHNSON_
Relationship to Patient

_4/28/10_
Date

_A. Skula_
Witness





7009 3410 0001 2464 9073



David L. Nicholson
Jefferson County Circuit Court Clerk
Circuit Court Division
Louis D. Brandeis Hall of Justice
600 West Jefferson Street
Louisville, Kentucky 40202

CT CORPORATION SYSTEM
601 WEST MAIN STREET
SUITE 512
FRANKFORT, KENTUCKY 40601

CERTIFIED MAIL
RETURN RECEIPT REQUESTED